**Fill in this information to identify the case:**

Debtor name: Think Goodness, LLC

United States Bankruptcy Court for the: District of Arizona (State)

Case number (If known): 2:25-bk-01160-BMW

[X] Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................................................... $ 273,943.54

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................................. $ 273,943.54

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ................................................................ $ 172,302.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................................... +$ 5,029,090.38

4. **Total liabilities** ............................................................................................................................. $ 5,201,392.45
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Think Goodness, LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): 2:25-bk-01160-BMW

[X] Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HBS Limited<br>Room 1202 Block A Bell House 525 Nathan Road Hong Kong | Nancy Shu | Suppliers or Vendors | Disputed | | | 943,772.87 |
| 2 | De Lage Landen Financial Services Inc<br>80 Fifth Avenue Suite 1401<br>New York, NY, 10011-8002 | Peter B Foster | Judgment Liens | | | | 329,460.04 |
| 3 | UPS E3F095<br>UPS E3F095<br>Chicago, IL, 60673 | Jose David Narnajo | Suppliers or Vendors | | | | 294,671.78 |
| 4 | Canada Border Revenue Service Agency<br>1000-840 Howe Street Vancouver, BC Canada<br>V6Z 2M1 | | Canada Customs | Disputed Contingent | | | 189,411.81 |
| 5 | 10X Health - Cardone Ventures<br>4800 N Scottsdale Rd 5500<br>Scottsdale, AZ, 85251 | Eddie Valentino | Services | | | | 150,000.00 |
| 6 | Eastgroup Properties LP<br>400 W. Parkway Place 100<br>Ridgeland, MS, 39157 | | Lease | | | | 131,894.74 |
| 7 | Jorns & Associates | | Services | | | | 110,999.94 |
| 8 | UPS Supply Chain Solutions<br>PO Box 730900<br>Dallas, TX, 75373-0900 | | Suppliers or Vendors | | | | 53,284.66 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| | Debtor | Think Goodness, LLC | | | Case number (if known) | 2:25-bk-01160-BMW | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express<br>PO Box 3001<br>Malvern, PA, 19355-0701 | | Credit Card Debt | | | | 49,841.86 |
| 10 | Paylocity | | Services | | | | 49,660.36 |
| 11 | Disney Consumer Products Inc<br>500 S Buena Vista Street<br>Burbank, CA, 91521-8651 | Sylvanna Farneschi | Quarterly Royalty Fees | | | | 45,264.71 |
| 12 | Landmark Global<br>27 W Anapamu St 357<br>Santa Barbara, CA, 93101 | Sonya Gonzales | Suppliers or Vendors | Disputed<br>Unliquidated | | | 36,268.29 |
| 13 | Sentinel Technologies Inc<br>2550 Warrenville Road<br>Downers Grove, IL, 60515 | | Software | | | | 35,420.80 |
| 14 | Star Harvest Jewelry Co Ltd<br>5 Jin Gong 2nd Road Jin Tou Industrial Area<br>Donuggan City, MI, 523848 | Yoyo | Suppliers or Vendors | | | | 34,989.86 |
| 15 | Warner Bros Consumer Products Inc<br>4000 Warner Blvd<br>Burbank, CA, 91522 | Jesus Ramirez | License Fee | | | | 34,000.00 |
| 16 | Vertex Inc<br>25528 Network Place<br>Chicago, IL, 60673-1255 | | Suppliers or Vendors | | | | 31,680.00 |
| 17 | Acosta Inc OeP LLC<br>6600 Corporate Center Parkway<br>Jacksonville, FL, 92216-0973 | Megan Hand | Services | | | | 31,000.00 |
| 18 | Cybertech Designs LLC - Flyers Direct<br>305 South Rockford Drive<br>Tempe, AZ, 85281 | Cary Monaco | Services | | | | 30,779.24 |
| 19 | Optima | Nikki Bui | Suppliers or Vendors | | | | 29,177.98 |
| 20 | QSSI LLC<br>PO Box 229<br>Wrightstown, NJ, 08562-0229 | Teresa Deluca | Suppliers or Vendors | Disputed | | | 26,112.28 |

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PNC Bank | Checking | 9 0 1 9 | $ 142,222.79 |
| 3.2. Nevada State Bank | Checking | 3 5 5 8 | $ 7,400.21 |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____ $ _____
   - 4.2. _____ $ _____

5. **Total of Part 1**   $ 149,623.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. May, Potenza, Baran & Gillespie, P.C. (Post-Petition)  $ 20,000.00
   - 7.2. See continuation sheet  $ 51,085.25

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1._____  $_____
   8.2._____  $_____

9. **Total of Part 2.**                                                    $ 71,085.25

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                            **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........ →   $_____
                                    face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ........ →   $_____
                                    face amount                doubtful or uncollectible accounts

12. **Total of Part 3**                                                     $_____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                     **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1._____  _____  $_____
    14.2._____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                              % of ownership:
    15.1._____  _____%  _____  $_____
    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1._____  _____  $_____
    16.2._____  _____  $_____

17. **Total of Part 4**                                                     $_____

    Add lines 14 through 16. Copy the total to line 83.

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** Jewelry, cosmetics, skincare | 01/31/2025 MM / DD / YYYY | $ | | Unknown $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.
$ 0.00

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☑ Yes. Book value 8,694.40   Valuation method Book   Current value 8,694.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                          $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

        ❏ No

        ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No

    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❏ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attached list. | $ 12,000.00 | Book Value | $ 12,000.00 |
| 40. **Office fixtures** See attached list. | $ _____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached list. | $ 15,000.00 | Book Value | $ 15,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                         $ 27,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ❏ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☑ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    $_____  _____  $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 575 E. German Road, Suite 101<br>Gilbert, AZ 85297 | Leased | $ | | $ 0.00 |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. | **Internet domain names and websites**<br>www.thinkgoodness.com | $ 1,000.00 | | $ 1,000.00 |
| 62. | **Licenses, franchises, and royalties** | $ | | $ |
| 63. | **Customer lists, mailing lists, or other compilations** | $ 500.00 | | $ 500.00 |
| 64. | **Other intangibles, or intellectual property** | $ | | $ |
| 65. | **Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 1,500.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    ON Global Logistics, LLC    0.00 Total face amount  −  0.00 doubtful or uncollectible amount  =  $ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    | | Tax year _____ | $_____ |
    | | Tax year _____ | $_____ |
    | | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Overpayment on Licensing Fees to Disney    $ 24,735.29
    Nature of claim    Recoupment
    Amount requested    $ 70,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____    $_____
    Nature of claim    _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**
    _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____    $_____
    _____    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $ 24,735.29

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 149,623.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 71,085.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 27,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 24,735.29 | |
| 91. **Total.** Add lines 80 through 90 for each column. .......................... 91a. | $ 273,943.54 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ 273,943.54   $ 273,943.54

## Continuation Sheet for Official Form 206 A/B

**7) Deposits, including security deposits and utility deposits**

| General description | Current value |
|---|---|
| **SRP** | **$11,085.25** |
| **Eastgroup Properties, LLC** | **$40,000.00** |

| Machinery and Equipment |
|---|
| B&H ARRI Lighting Equipment for Video Team |
| BH Camera Eqipment |
| Shelf Support, Particle Board-Naumann Hobbs |
| konika printer |
| Conference tables |
| office chairs |
| Rivetier units with shelves |
| Cabinets, Storage, Steel-Parent Metal Product |
| Cabinets Carts, Benches,ladder |
| Work Bench-Naumann Hobbs |
| Heaters & Tables-Sam's Club |
| File Cabinets-Ikea |
| CostCo-Shelves-Posted in January 2013 |
| (20) Portable radios (20) Surveillance microphone |
| Warehouse speaker |
| (6) Motorola Portable radio (8) wire microphone |
| 2 Inscriptions engravers (1 working) |
| 2 counting scales |
| Workabout Pro 4 - radio & scanner |
| Warehouse Furniture and Fixtures |
| 1 ton Miini Samsung Unit |
| plastic Storage Containers |
| 4 microwaves |
| Server equipment |
| desks and workstations |
| 2 refrigerators |
| Gages |
| Printing plates, cutting dies |
| Mini charm case tooling |
| Develop bag die line |
| Print Plate Fee |
| Cutting dies |
| Printing plates, cutting dies |
| Mold for bangle display, display plate |
| 4 locket box dies and plates |
| Replacement molds for poodle and english bulldog lost by USPS |
| Red and Black Pucks |
| Line 001- Type 1 Pucks |
| Shipping Box Dies and Plates |
| Starter Kit Tooling + Molds |

| |
|---|
| Die Fee for JB Bundle Box |
| Oval Dangle Hinge Pucks- Tooling + Molds |
| Molds for O2 Decal + 4 Different Patterns |
| Product Tooling & Molds |
| Cutting Dies for KBX105 insert & KBX106 spacer-not s |
| Art And/Or Plate Charge for Continuous Sleeve |
| Scroll Pattern Tooling to make 12 Ceramic Discs |
| Moodology Disc Metal Tooling for Scroll Pattern |
| Moodology Pack Box Die Cut |
| Moodology Pk Shipper Box + Riser Inserts Die Cuts |
| Holiday Shipper Box (2016) |
| Mold for O2 Valentines Day Hear Disc |
| O2 Butterfly Mold |
| Disc in Silver + Pearlescent White |
| Printing Plates Seasonal Shipper |
| Mold for O2 MDFal1701 |
| Printing Plate and Cutting Dies |
| Art & Plate charge for continuous sleve |
| Printing Plates |
| Product Tooling & Molds |
| Pets printing plates |
| Engraver Block |
| Charm Case Mold |
| Holiday Printing Plates |
| CUTTING DIES |
| Tooling White Tray Mold |
| Pucks for Inscription |
| Square Incription Pendant |
| Tooling Mini Charm Case |
| Packaging Dies & Plates |
| PK020 Cutting Die & Print Plate |
| Cutting Dies |
| HDPE Pucks |
| TSH1002 - Die and Plate Charge |
| TSH1003 - Die and Plate Charge |
| TSH1004 - Die and Plate Charge |
| TSH1005 - Die and Plate Charge |
| HDPE Pucks |
| Box Die Charge & Box Print Plate Charge |
| Screens Screen Set UP Chg |
| Tooling for CMK2201 |
| Tooling for CMK2202 |

**Fill in this information to identify the case:**

Debtor name: Think Goodness, LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): 2:25-bk-01160-BMW     Chapter 11

☒ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**: Group Eye Insurance <br> **State the term remaining**: 9 months <br> **List the contract number of any government contract**: | EyeMed Vision Care, LLC <br> 4000 Luxottica Place <br> Mason, OH, 45040 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**: Dental Insurance <br> **State the term remaining**: 9 months <br> **List the contract number of any government contract**: | Delta Dental of Arizona <br> PO Box 9092 <br> Farmington, MI, 48333 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**: Health Insurance <br> **State the term remaining**: 9 months <br> **List the contract number of any government contract**: | Blue Cross Blue Shield of Arizona <br> 8220 N. 23rd Ave <br> Phoenix, AZ, 85021 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**: 401k Administration <br> **State the term remaining**: n/a <br> **List the contract number of any government contract**: | MKS Instruments <br> 2 Tech Drive, Suite 201 <br> Andover, MA, 01810 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**: Payroll Management <br> **State the term remaining**: 14 months <br> **List the contract number of any government contract**: | Paylocity <br> 1400 American Lane <br> Schaumburg, IL, 60173 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**: Life Insurance<br><br>**State the term remaining**: 9 months<br><br>**List the contract number of any government contract** | New York Life Insurance Company<br>PO Box 6916<br>Cleveland, OH, 44101 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**: 401k Administration<br><br>**State the term remaining**: Unknown<br><br>**List the contract number of any government contract** | John Hancock Financial<br>1230 W. Washington St.<br>Tempe, AZ, 85281 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**: HQ Lease<br><br>**State the term remaining**: 18 Months<br><br>**List the contract number of any government contract** | EastGroup Properties, LLC<br>2141 E. Camelback Rd., Ste. 250<br>Phoenix, AZ, 85016 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**: Shared Services Agreement<br><br>**State the term remaining**: 19 Months<br><br>**List the contract number of any government contract** | ON Global Logistics, LLC<br>575 E. Germann Rd., Ste. 101<br>Gilbert, AZ, 85297 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**: License Agreement<br><br>**State the term remaining**: 23 months<br><br>**List the contract number of any government contract** | Warner Brothers<br>4000 Warner Blvd<br>Bldg 700 2nd Floor<br>Burbank, CA, 91522 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**: Licensing Agreement<br><br>**State the term remaining**: 23 months<br><br>**List the contract number of any government contract** | Disney Consumer Products Inc.<br>500 S Buena Vista Street<br>Burbank, CA, 91521 |
| 2. | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Origami Owl Parent LLC | 575 E. Germann Rd., Ste. 101 Gilbert, AZ 85297 | Clifton Larson Allen LLP | ☐ D ☒ E/F ☐ G |
| 2.2 | Origami Owl ULC | 1000-840 Howe Street Vancouver BC Canada V6Z 2M1 | Davidson and Company L | ☐ D ☒ E/F ☐ G |
| 2.3 | Origami Owl ULC | 1000-840 Howe Street Vancouver BC Canada V6Z 2M1 | Canada Border Revenue | ☐ D ☒ E/F ☐ G |
| 2.4 | Origami Owl ULC | 1000-840 Howe Street Vancouver BC Canada V6Z 2M1 | Christina Caravaggio | ☐ D ☒ E/F ☐ G |
| 2.5 | Origami Owl Parent L | 575 E. Germann Rd., Ste. 101 Gilbert, AZ 85297 | Legem Attorneys At Law | ☐ D ☒ E/F ☐ G |
| 2.6 | Origami Owl ULC | 1000-840 Howe Street Vancouver BC Canada V6Z 2M1 | Miller Thomson LLP | ☐ D ☒ E/F ☐ G |