**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Think Goodness, LLC |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number (If known): | 2:25-bk-01160-BMW |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name** <br><br>_____ <br><br>**Creditor's mailing address** <br>_____ <br>_____ <br><br>**Creditor's email address, if known** <br>_____ <br><br>**Date debt was incurred** _____ <br>**Last 4 digits of account number** <br>**Do multiple creditors have an interest in the same property?** <br>☐ No <br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien** <br><br><br><br><br>**Describe the lien** <br>_____ <br><br>**Is the creditor an insider or related party?** <br>☐ No <br>☐ Yes <br>**Is anyone else liable on this claim?** <br>☐ No <br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). <br>**As of the petition filing date, the claim is:** <br>Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | $_____ | $_____ |
| **2.2** **Creditor's name** <br><br>_____ <br><br>**Creditor's mailing address** <br>_____ <br>_____ <br><br>**Creditor's email address, if known** <br>_____ <br><br>**Date debt was incurred** _____ <br>**Last 4 digits of account number** _____ <br>**Do multiple creditors have an interest in the same property?** <br>☐ No <br>☐ Yes. Have you already specified the relative priority? <br>   ☐ No. Specify each creditor, including this creditor, and its relative priority. <br><br>   ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien** <br><br><br><br><br>**Describe the lien** <br>_____ <br><br>**Is the creditor an insider or related party?** <br>☐ No <br>☐ Yes <br>**Is anyone else liable on this claim?** <br>☐ No <br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). <br>**As of the petition filing date, the claim is:** <br>Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | $_____ | $_____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

**Fill in this information to identify the case:**

Debtor: Think Goodness, LLC

United States Bankruptcy Court for the: District of Arizona

Case number: 2:25-bk-01160-BMW
(If known)

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
AL State City & County Tax Return
PO Box 32779
Montgomery, AL 36132

As of the petition filing date, the claim is: $ 110.74
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Priority amount: $

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
AL State City & County Tax Return
PO Box 32780
Montgomery, AL 36132

As of the petition filing date, the claim is: $ 87.39
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Priority amount: $

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
AL State City & County Tax Return
P.O. Box 32779
Montgomery, AL 36132-7790

As of the petition filing date, the claim is: $ 139.06
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Priority amount: $

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 1 of 196

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.4** **Priority creditor's name and mailing address**

AL State City & County Tax Return
P.O. Box 32779
Montgomery, AL 36132-7790

Total claim: $ 8,000.00        Priority amount: $ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5** **Priority creditor's name and mailing address**

Ahdra Peraza
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim: $ 1,552.99        Priority amount: $ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.6** **Priority creditor's name and mailing address**

Arizona Department of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

Total claim: $ 234.26        Priority amount: $ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7** **Priority creditor's name and mailing address**

Arizona Department of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

Total claim: $ 11.91        Priority amount: $ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Arizona Department of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

$ 1,459.64          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.9** **Priority creditor's name and mailing address**

Arizona Department of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

$ 2,193.03          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.10** **Priority creditor's name and mailing address**

Avenu Support
5860 Trinity Parkway, Suite 120,
Centreville, VA 20120

$ 613.26          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.11** **Priority creditor's name and mailing address**

Avenue
373 E Shaw Ave Box 367
Fresno, CA 93710

$ 130.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**
Baldwin County
22070 Highway 59
Robertsdale, AL 36567

Total claim: $ 0.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.13 Priority creditor's name and mailing address**
Bossier City - Parish
PO Box 71313
Bossier Cit, LA 71171

Total claim: $ 0.25    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.14 Priority creditor's name and mailing address**
Bossier City - Parish
P.O. Box 71313
Bossier Cit, LA 71171

Total claim: $ 130.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.15 Priority creditor's name and mailing address**
Brittney Mczeal
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim: $ 1,372.70    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><strong>Part 1.</strong>    Additional Page</td></tr>
</table>

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16 Priority creditor's name and mailing address**
CA Dept of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

$ 4,984.21    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.17 Priority creditor's name and mailing address**
CA Dept of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

$ 4,486.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.18 Priority creditor's name and mailing address**
CA Dept of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.19 Priority creditor's name and mailing address**
CA Dept of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

$ 8,930.70    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.20 Priority creditor's name and mailing address**
CITY OF PELHAM
P.O. BOX 1238
PELHAM, AL 35124

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21 Priority creditor's name and mailing address**
Caden Brass
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,614.41          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22 Priority creditor's name and mailing address**
Chantel Fleming
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 916.70          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23 Priority creditor's name and mailing address**
Christopher Thompson
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,543.61          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.24  Priority creditor's name and mailing address**

Cindy Mendendez
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,323.69          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25  Priority creditor's name and mailing address**

City & County of Broomfield
P.O. Box 407
Broomfield, CO 80038

$ 14.36          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.26  Priority creditor's name and mailing address**

City & County of Broomfield
P.O. Box 407
Broomfield, CO 80038

$ 130.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.27  Priority creditor's name and mailing address**

City Clerk - Revenue Dept.
1318 Hueytown Road
Hueytown, AL 35023

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.28  Priority creditor's name and mailing address**
City and County of Denver
P.O. Box 660860
Denver, CO 75266

Total claim: $ 11.82    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.29  Priority creditor's name and mailing address**
City and County of Denver
P.O. Box 660860
Denver, CO 75266

Total claim: $ 1,009.65    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.30  Priority creditor's name and mailing address**
City and County of Denver
P.O. Box 660860
Denver, CO 75266

Total claim: $ 130.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.31  Priority creditor's name and mailing address**
City of Alabaster
1953 Municipal Way
Alabaster, AL 35007

Total claim: $ 130.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32 Priority creditor's name and mailing address**

City of Anniston
1129 Noble Street
Anniston, AL 36201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

$ 0.00          $ _____

---

**2.33 Priority creditor's name and mailing address**

City of Apache Junction
300 E Superstition Boulevard Building C
Apache Junction, AZ 85119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

$ 100.00          $ _____

---

**2.34 Priority creditor's name and mailing address**

City of Arvada
8101 Ralston Road
Arvada, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

$ 1.79          $ _____

---

**2.35 Priority creditor's name and mailing address**

City of Arvada
8101 Ralston Road
Arvada, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

$ 130.00          $ _____

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2. 36   Priority creditor's name and mailing address**

City of Auburn
144 Tichenor Ave Suite 6
Auburn, AK 36830

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 37   Priority creditor's name and mailing address**

City of Aurora
15151 E Alameda Parkway
Aurora, CO 80012

$ 10.74     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 38   Priority creditor's name and mailing address**

City of Aurora
15151 E Alameda Parkway
Aurora, CO 80012

$ 130.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 39   Priority creditor's name and mailing address**

City of Birmingham
710 20th Street N
Birmingham, AL 35203

$ 6.24     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40 Priority creditor's name and mailing address**

City of Birmingham
710 20th Street N
Birmingham , AL 35203

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.41 Priority creditor's name and mailing address**

City of Black Hawk
Post Office Box 68
Black Hawk, CO 80422

$ 130.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.42 Priority creditor's name and mailing address**

City of Boulder
P.O. Box 791
Boulder, CO 80306

$ 130.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.43 Priority creditor's name and mailing address**

City of Brighton
PO Box 913297
Denver, CO 80291

$ 1.58                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Think Goodness, LLC | Case number (*if known*) | 2:25-bk-01160-BMW |
|--------|---------------------|--------------------------|-------------------|
|        | Name                |                          |                   |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44** **Priority creditor's name and mailing address**

City of Brighton
PO Box 913297
Denver, CO 80291

Total claim: $ 130.00        Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45** **Priority creditor's name and mailing address**

City of Calera
7901 Highway 31
Calera, AL 35040

Total claim: $ 0.00        Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46** **Priority creditor's name and mailing address**

City of Canon City
P.O. Box 1460
Canon City, CO 81215

Total claim: $ 130.00        Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47** **Priority creditor's name and mailing address**

City of Castle Pines
PO Box 913320
Denver, CO 80291

Total claim: $ 4.11        Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**       **Priority amount**

---

**2.48 Priority creditor's name and mailing address**

City of Castle Pines
PO Box 913320
Denver, CO 80291

$ 130.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.49 Priority creditor's name and mailing address**

City of Centennial
P.O. Box 17383
Denver, CO 80217

$ 1.87    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.50 Priority creditor's name and mailing address**

City of Centennial
P.O. Box 17383
Denver, CO 80217

$ 130.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.51 Priority creditor's name and mailing address**

City of Central
PO Box 249
Central City, CO 80427

$ 130.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.52  Priority creditor's name and mailing address**

City of Cherry Hills Village
PO Box 913408
Denver, CO 80291

Total claim: $ 130.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.53  Priority creditor's name and mailing address**

City of Colorado Springs
Department 2408
Denver, CO 80256

Total claim: $ 130.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.54  Priority creditor's name and mailing address**

City of Colorado Springs
Department 2408
Denver, CO 80256

Total claim: $ 7.18

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.55  Priority creditor's name and mailing address**

City of Commerce City
7887 E. 60th Avenue
Commerce City, CO 80022

Total claim: $ 130.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.** 56  **Priority creditor's name and mailing address**

City of Cortez
123 Roger Smith Ave
Cortez, CO 81321

$ 6.78                                   $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.** 57  **Priority creditor's name and mailing address**
City of Cortez
123 Roger Smith Ave
Cortez, CO 81321

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.** 58  **Priority creditor's name and mailing address**
City of Craig - Finance Dept
300 West 4th Street
Craig, CO 81625

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.** 59  **Priority creditor's name and mailing address**
City of Dacono
512 Cherry Ave Building A
Dacono, CO 80514

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.60 Priority creditor's name and mailing address**

City of Decatur
402 Lee Street NE
Decatur, AL 35601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 0.00          $ _____

---

**2.61 Priority creditor's name and mailing address**

City of Delta
P.O. Box 19
Delta, CO 81416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 130.00          $ _____

---

**2.62 Priority creditor's name and mailing address**

City of Durango
949 EAST SECOND AVENUE
DURANGO, CO 81301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 130.00          $ _____

---

**2.63 Priority creditor's name and mailing address**

City of Edgewater
1800 Harlan Street, Suite C
Edgewater, CO 80214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 130.00          $ _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2. 64    Priority creditor's name and mailing address**

City of Englewood
P. O. Box 2900
Englewood, CO 80150

Total claim: $ 130.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 65    Priority creditor's name and mailing address**

City of Evans
P.O. Box 912324
Denver, CO 80291

Total claim: $ 130.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 66    Priority creditor's name and mailing address**

City of Evans
P.O. Box 912324
Denver, CO 80291

Total claim: $ 1.67     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 67    Priority creditor's name and mailing address**

City of Foley
407 East Laurel Avenue
Foley, AL 36536

Total claim: $ 3.86     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.68 Priority creditor's name and mailing address**

City of Foley Revenue Department
407 East Laurel Avenue
Foley, AL 36536

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.69 Priority creditor's name and mailing address**

City of Fort Collins
P.O. Box 440
Fort Collins, CO 80522

$ 10.19          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.70 Priority creditor's name and mailing address**

City of Fort Collins
P.O. Box 440
Fort Collins, CO 80522

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.71 Priority creditor's name and mailing address**

City of Glenwood Springs
101 W. 8th Street
Glenwood Springs, CO 81602

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.72** **Priority creditor's name and mailing address**

City of Golden
911 10th St.
Golden, CO 80401

$ 130.00     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.73** **Priority creditor's name and mailing address**

City of Grand Junction
PO Box 2088
Grand Junction, CO 81502

$ 1.06     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.74** **Priority creditor's name and mailing address**

City of Grand Junction
PO Box 2088
Grand Junction, CO 81502

$ 130.00     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.75** **Priority creditor's name and mailing address**

City of Greeley
P.O. Box 1648
Greeley, CO 80632

$ 0.66     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.76  Priority creditor's name and mailing address**

City of Greeley
P.O. Box 1648
Greeley, CO 80632

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.77  Priority creditor's name and mailing address**

City of Greenwood Village
P.O. Box 910841
Denver, CO 80274

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.78  Priority creditor's name and mailing address**

City of Gulf Shores
P.O. Box 4089
Gulf Shores, AL 36547

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.79  Priority creditor's name and mailing address**

City of Gunnison Finance Department
P. O. Box 239
Gunnison, CO 81230

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

<table>
<tr><td colspan="2">Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**2.80** **Priority creditor's name and mailing address**

City of Haleyville
911 21st Street Haleyville
Haleyville, AL 35565

Total claim $ 0.00     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.81** **Priority creditor's name and mailing address**

City of Helena
P.O. Box 613
Helena, AL 35080

Total claim $ 0.00     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.82** **Priority creditor's name and mailing address**

City of Hoover
P.O. Box 11407
Hoover, AL 35246

Total claim $ 0.00     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.83** **Priority creditor's name and mailing address**

City of Huntsville
PO Box 308
Huntsville, AL 35804

Total claim $ 0.00     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Part 1.**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.84** **Priority creditor's name and mailing address**

City of Lafayette
P.O. Box 250
Lafayette, CO 80026

Total claim: $ 7.79    Priority amount: $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.85** **Priority creditor's name and mailing address**

City of Lafayette
Finance Department, Sales Tax Division P.O. Box 250
Lafayette, CO 80026

Total claim: $ 130.00    Priority amount: $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.86** **Priority creditor's name and mailing address**

City of Lakewood
P.O. Box 17479
Denver, CO 80217

Total claim: $ 130.00    Priority amount: $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.87** **Priority creditor's name and mailing address**

City of Lamar
102 East Parmenter St.
Lamar, CO 81052

Total claim: $ 2.90    Priority amount: $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.88 Priority creditor's name and mailing address**
City of Lamar
102 East Parmenter St.
Lamar, CO 81052

Total claim: $ 130.00     Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.89 Priority creditor's name and mailing address**
City of Lincoln
P.O. Box 172
Lincoln, AL 35096

Total claim: $ 0.00     Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.90 Priority creditor's name and mailing address**
City of Littleton
PO Box 1305
Englewood, CO 80150

Total claim: $ 130.00     Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.91 Priority creditor's name and mailing address**
City of Lone Tree
PO Box 17987
Denver, CO 80217

Total claim: $ 130.00     Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.92** Priority creditor's name and mailing address

City of Longmont
350 Kimbark Street
Longmont, CO 80501

Total claim $ 3.65       Priority amount $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.93** Priority creditor's name and mailing address

City of Longmont
350 Kimbark Street
Longmont, CO 80501

Total claim $ 130.00       Priority amount $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.94** Priority creditor's name and mailing address

City of Louisville
749 Main Street
Louisville, CO 80027

Total claim $ 130.00       Priority amount $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.95** Priority creditor's name and mailing address

City of Loveland
P.O. Box 845
Loveland, CO 80539

Total claim $ 130.00       Priority amount $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|---|
| | Name | | | |

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

---

**2.96 Priority creditor's name and mailing address**

City of Loveland
P.O. Box 845
Loveland, CO 80539

$ 130.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.97 Priority creditor's name and mailing address**

City of Loveland
P.O. Box 845
Loveland, CO 80539

$ 2.35      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.98 Priority creditor's name and mailing address**

City of Montrose
P.O. Box 790
Montrose, CO 81402

$ 130.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.99 Priority creditor's name and mailing address**

City of Mountain Brook Revenue Department
P.O. Box 130009
Mountain Brook, AL 35213

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 25 of 196

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.¹⁰⁰ Priority creditor's name and mailing address**
City of New Orleans
P.O. Box 61840
New Orleans, LA 70161

$ 0.00       $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.¹⁰¹ Priority creditor's name and mailing address**
City of Northglenn
PO Box 5305
Denver, CO 80217

$ 6.68       $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.¹⁰² Priority creditor's name and mailing address**
City of Northglenn
PO Box 5305
Denver, CO 80217

$ 130.00       $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.¹⁰³ Priority creditor's name and mailing address**
City of Northport Revenue Division
P.O. Drawer 569
Northport, AL 35476

$ 0.00       $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 26 of __196

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.104** **Priority creditor's name and mailing address**

City of Orange Beach
P.O. Box 1159
Orange Beach, AL 36561

$ 130.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.105** **Priority creditor's name and mailing address**

City of Pell City
1905 First Avenue North
Pell City, AL 35125

$ 130.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.106** **Priority creditor's name and mailing address**

City of Piedmont
P.O. Box 112
Piedmont, AL 36272

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.107** **Priority creditor's name and mailing address**

City of Prattville
P.O. Box 680190
Prattville, AL 36068

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.108 Priority creditor's name and mailing address**

City of Pueblo
P.O. Box 1427
Pueblo, CO 81002

$ 1.48                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.109 Priority creditor's name and mailing address**

City of Pueblo
P.O. Box 1427
Pueblo, CO 81002

$ 130.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.110 Priority creditor's name and mailing address**

City of Rifle
P.O. Box 1908
Rifle, CO 81650

$ 130.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.111 Priority creditor's name and mailing address**

City of Robertsdale
P.O. Box 429
Robertsdale, AL 36567

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2. 112 Priority creditor's name and mailing address**

City of Saint Paul
PO Box 901 950 Gorbatch Street
Saint Paul Island, AK 99660

$ 1.47                           $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 113 Priority creditor's name and mailing address**

City of Silverthorne
601 Center Circle, P.O. Box 1309
Silverthorne, CO 80498

$ 130.00                        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 114 Priority creditor's name and mailing address**

City of Steamboat Springs
P.O. Box 772869
Steamboat Springs, CO 80477

$ 0.38                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 115 Priority creditor's name and mailing address**

City of Steamboat Springs
P.O. Box 772869
Steamboat Springs, CO 80477

$ 130.00                        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|---------------------|
|        | Name |  |  |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 116 **Priority creditor's name and mailing address**

City of Sterling
P.O. Box 4000
Sterling, CO 80751

$ 130.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 117 **Priority creditor's name and mailing address**

City of Sterling
P.O. Box 4000
Sterling, CO 80751

$ 2.85                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 118 **Priority creditor's name and mailing address**

City of Talladega, Revenue Division
P.O. Box 498
Talladega, AL 35161

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 119 **Priority creditor's name and mailing address**

City of Thornton
PO Box 910222
Denver, CO 80291

$ 1.32                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 30 of 196

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.120 Priority creditor's name and mailing address**
City of Thornton
PO Box 910222
Denver, CO 80291

$ 130.00

$ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.121 Priority creditor's name and mailing address**
City of Tucson
255 W. Alameda St.
Tucson, AZ 85701

$ 125.00

$ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.122 Priority creditor's name and mailing address**
City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.00

$ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.123 Priority creditor's name and mailing address**
City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26

$ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 31 of ___196

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.124 Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.125 Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 1.93      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.126 Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 2.71      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.127 Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|---|
| | Name | | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2. 128** **Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 129** **Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 130** **Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave
Wasilla, AK 99654

$ 2.45          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 131** **Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 2.71          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.132  Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 0.26          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.133  Priority creditor's name and mailing address**

City of Wasilla
290 E Herning Ave,
Wasilla , AK 99654

$ 2.71          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.134  Priority creditor's name and mailing address**

City of Weaver
P. O. Box 934668
Atlanta, GA 31193

$ 130.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.135  Priority creditor's name and mailing address**

City of Westminster
P.O. Box 17107
Denver, CO 80207

$ 1.52          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.136  Priority creditor's name and mailing address**

City of Westminster
P.O. Box 17107
Denver, CO 80217

$ 130.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.137  Priority creditor's name and mailing address**

City of Wheat Ridge
7500 W. 29th Ave.
Wheat Ridge, CO 80033

$ 130.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.138  Priority creditor's name and mailing address**

City of Windsor
301 Walnut St.
Windsor, CO 80550

$ 112.38      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.139  Priority creditor's name and mailing address**

City of Windsor
301 Walnut St.
Windsor, CO 80550

$ 130.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.140**   **Priority creditor's name and mailing address**

City of Woodland Park
P.O. Box 9007
Woodland Park, CO 80866

$ 130.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.141**   **Priority creditor's name and mailing address**

Colorado Department of Revenue
P.O. Box 660860
Dallas, CO 75266

$ 474.64     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.142**   **Priority creditor's name and mailing address**

Comptroller of Maryland - SUT
PO Box 17405
Baltimore, MD 21297

$ 481.20     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.143**   **Priority creditor's name and mailing address**

Comptroller of Maryland - SUT
P.O. Box 17405
Baltimore, MD 21297

$ 230.43     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.144 Priority creditor's name and mailing address**
County of Mobile
3925-F Michael Boulevard P.O. Drawer 161009
Mobile, AL 36616

$ 0.00     $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.145 Priority creditor's name and mailing address**
County of Mobile
3925-F Michael Boulevard P.O. Drawer 161009
Mobile, AL 36616

$ 0.00     $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.146 Priority creditor's name and mailing address**
Cullman County
325 Second Street SE
Cullman, AL 35055

$ 0.00     $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.147 Priority creditor's name and mailing address**
Daphne City Hall
1705 Main Street
Daphne, AK 36526

$ 0.00     $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.148 Priority creditor's name and mailing address**
Dawn Nasello
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,004.85          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.149 Priority creditor's name and mailing address**
DeKalb County Revenue Department
111 Grand Avenue SW Suite 112
Fort Payne, AL 35967

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.150 Priority creditor's name and mailing address**
Delaware Franchise Tax Annual Filing

$ 1,889.99          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.151 Priority creditor's name and mailing address**
Denise Olvera
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,353.52          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Think Goodness, LLC | Case number (*if known*) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.152 Priority creditor's name and mailing address**

Department of Finance & Administration
P.O. Box 3861
Little Rock, AR 72203-3861

$ 304.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
25-Jan

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.153 Priority creditor's name and mailing address**

Department of Revenue Services
P.O. Box 5030
Hartford, CT

$ 150.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.154 Priority creditor's name and mailing address**

Department of Revenue and Taxation
PO Box 3138
Baton Rouge, LA 70821

$ 60.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.155 Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 19.12        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.156  Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 0.39        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.157  Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 0.65        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.158  Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 0.39        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.159  Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 0.39        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.160** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $ 78.69      Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.161** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $ 8.32      Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.162** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $ 12.27      Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.163** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $ 9.49      Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.164** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $7.74    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.165** **Priority creditor's name and mailing address**
Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $13.16    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.166** **Priority creditor's name and mailing address**
Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $13.83    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.167** **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $32.36    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2. 168 Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 26.74                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 169 Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 29.75                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 170 Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 95.63                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 171 Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

$ 16.59                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 44 of 197

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.172**  **Priority creditor's name and mailing address**

Department of the Treasury Sales and Use Tax
Monthly Tax Return
PO Box 902414
San Juan, PR 902

Total claim: $ 9.98
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.173**  **Priority creditor's name and mailing address**

Desoto Parish
P.O. Box 927
Mansfield, LA 71052

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.174**  **Priority creditor's name and mailing address**

Diana Montoya
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim: $ 1,278.64
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.175**  **Priority creditor's name and mailing address**

Director of Revenue Taxation Division
PO Box 840
Jefferson City, MO 65105-0840

Total claim: $ 573.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.176  Priority creditor's name and mailing address**

El Paso County Budget and Economic Dev
200 S Cascade Suite 150
Colorado Springs, CO 80903

$ 130.00                  $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.177  Priority creditor's name and mailing address**

Erica Van Hofwegen
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,683.63                  $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.178  Priority creditor's name and mailing address**

Evan Mewshaw
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 138.72                  $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.179  Priority creditor's name and mailing address**

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

$ 509.87                  $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.180 Priority creditor's name and mailing address**
Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

$ 1,499.66        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.181 Priority creditor's name and mailing address**
Garnet Markis Rocos
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 1,120.08        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.182 Priority creditor's name and mailing address**
Georgia Department of Revenue
P.O. Box 105408
Atlanta, GA 30348-5408

$ 2,428.44        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.183 Priority creditor's name and mailing address**
Glendale Municipal Offices
950 S Birch Street
Glendale, CO 80246

$ 130.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

### 2.184  Priority creditor's name and mailing address

Grace Urness
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 29.86                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.185  Priority creditor's name and mailing address

Grant Parish Sheriff's Sales Tax Fund
P.O. Box 187
Colfax, LA 71417

$ 0.00                                 $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.186  Priority creditor's name and mailing address

Hawaii Department of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425

$ 153.27                               $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.187  Priority creditor's name and mailing address

Hawaii Department of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425

$ 172.45                               $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.188 Priority creditor's name and mailing address**
Iberville Parish Sales Tax Department
P.O. Box 355
Plaquemine, LA 70765

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.189 Priority creditor's name and mailing address**
Idaho State Tax Commission
PO Box 76
Boise, ID 83707

$ 80.58                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.190 Priority creditor's name and mailing address**
Illinois Department of Revenue
Retailer's Occupation Tax
Springfield, IL 62796-0001

$ 584.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.191 Priority creditor's name and mailing address**
Incorp
9107 West Russell Road Ste 100
Las Vegas, NV 89148

$ 931.98                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
25-Jan

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 48 of 196

| Debtor | Think Goodness, LLC | Case number (*if known*) | 2:25-bk-01160-BMW |
|--------|---------------------|--------------------------|-------------------|
|        | Name                |                          |                   |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.192 Priority creditor's name and mailing address**
Indiana Department of Revenue
PO Box 7218
Indianapolis, IN 46207-7218

$ 287.95          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.193 Priority creditor's name and mailing address**
Iowa Department Of Revenue Hoover State
Office Building
First Floor
1305 E. Walnut St
Des Moines, HI 50319

$ 483.27          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.194 Priority creditor's name and mailing address**
Jason Henny
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 5,014.68          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.195 Priority creditor's name and mailing address**
Jayme Padilla
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 4,732.49          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 49 of 196

## Part 1.  Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.** **196**  **Priority creditor's name and mailing address**

Jefferson County Department of Revenue
P.O. Box 830710
Birmingham, AL 35283

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.** **197**  **Priority creditor's name and mailing address**

Jefferson Davis Parish School Board
P.O. Box 1161
Jennings, LA 70546

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** **198**  **Priority creditor's name and mailing address**

Jorge Case
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 2,631.38          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.** **199**  **Priority creditor's name and mailing address**

Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625

$ 345.93          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.200  Priority creditor's name and mailing address**

Karina Prat
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 995.50          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.201  Priority creditor's name and mailing address**

Katherine Addison
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 2,031.09          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.202  Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 7.74          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.203  Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 1.46          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.²⁰⁴ Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 1.42                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )**
☑ No
☐ Yes

---

**2.²⁰⁵ Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 38.03                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )**
☑ No
☐ Yes

---

**2.²⁰⁶ Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 23.26                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )**
☑ No
☐ Yes

---

**2.²⁰⁷ Priority creditor's name and mailing address**

Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

$ 2.18                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )**
☑ No
☐ Yes

## Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

### 2.208 Priority creditor's name and mailing address
Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 11.43
Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.209 Priority creditor's name and mailing address
Kentucky State Treasurer
Kentucky Dept. of Revenue
Frankfort, KY 40620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 307.58
Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.210 Priority creditor's name and mailing address
Ketchikan Gateway Borough
1900 First Avenue, Suite 118
Ketchikan, AK 99901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 1.52
Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.211 Priority creditor's name and mailing address
Kevin Deming
575 East Germann Road Suite 101
Gilbert, AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 2,047.09
Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.212 Priority creditor's name and mailing address**
LaSalle Parish Sales Tax Fund
P.O. Box 190
Vidalia, LA 71373

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.213 Priority creditor's name and mailing address**
Latrisha Stone
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 2,610.95          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.214 Priority creditor's name and mailing address**
Livingston Parish Sales Tax
P.O. Box 1030
Livingston, LA 70754

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.215 Priority creditor's name and mailing address**
Livingston Parish Sales Tax
P.O. Box 1030
Livingston, LA 70754

$ 1,534.25          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 54 of 196

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

<table>
<tr><td colspan="2">Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**2.__216__ Priority creditor's name and mailing address**
Livingston Parish Sales Tax
P.O. Box 1030
Livingston, LA 70754

$ 22.34    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.__217__ Priority creditor's name and mailing address**
Livingston Parish Sales Tax
P.O. Box 1030
Livingston, LA 70754

$ 16.66    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.__218__ Priority creditor's name and mailing address**
Madison Wagner
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 530.36    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.__219__ Priority creditor's name and mailing address**
Maine Revenue Services
PO Box 1065
Augusta, ME 4332

$ 16.14    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 55 of 196

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.220  Priority creditor's name and mailing address**

Mandy Yu
Flat 3 Gladstone Court 4 Wood Lane
Ruislip, UK H14 6EX

**Total claim** $ 1,521.00      **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.221  Priority creditor's name and mailing address**

Maria Olvera
575 East Germann Road Suite 101
Gilbert, AZ 85297

**Total claim** $ 886.69      **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.222  Priority creditor's name and mailing address**

Maria Sanchez
575 East Germann Road Suite 101
Gilbert, AZ 85297

**Total claim** $ 895.52      **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.223  Priority creditor's name and mailing address**

Mercedes Hamilton
575 East Germann Road Suite 101
Gilbert, AZ 85297

**Total claim** $ 3,319.27      **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.224  Priority creditor's name and mailing address**
Michael Burnham
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim: $ 866.71
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.225  Priority creditor's name and mailing address**
Michigan Department of Treasury
PO Box 30324
Lansing, MI 48909

Total claim: $ 527.38
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.226  Priority creditor's name and mailing address**
Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

Total claim: $ 1,140.80
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.227  Priority creditor's name and mailing address**
Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

Total claim: $ 537.76
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.228 Priority creditor's name and mailing address**

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

$ 967.08                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.229 Priority creditor's name and mailing address**

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

$ 741.11                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.230 Priority creditor's name and mailing address**

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

$ 1,512.71                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.231 Priority creditor's name and mailing address**

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

$ 832.37                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.232 Priority creditor's name and mailing address**

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

$ 850.88        $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.233 Priority creditor's name and mailing address**

Minnesota Department of Revenue
PO Box 64622
St. Paul, MN 55164

$ 548.30        $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.234 Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

$ 1,001.69        $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.235 Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

$ 1,875.47        $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 59 of 196

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.**[236] **Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,794.92        $ _____

---

**2.**[237] **Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.94        $ _____

---

**2.**[238] **Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,648.44        $ _____

---

**2.**[239] **Priority creditor's name and mailing address**

Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91.95        $ _____

---

| Debtor | Think Goodness, LLC | Case number (*if known*) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.**240 **Priority creditor's name and mailing address**
Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

$ 2,537.11      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.**241 **Priority creditor's name and mailing address**
Missouri Department of Revenue
301 West High St., Room 102
Jefferson City, MO 65101

$ 1,281.01      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.**242 **Priority creditor's name and mailing address**
Monica Vasquez
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 999.70      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.**243 **Priority creditor's name and mailing address**
Montgomery County Commission
P.O. Box 4779
Montgomery, AL 36103

$ 130.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.244 Priority creditor's name and mailing address**
Montgomery County Commission
P.O. Box 4779
Montgomery, AL 36103

$ 130.00                                        $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

---

**2.245 Priority creditor's name and mailing address**
Morgan County
P.O. Box 1848
Decatur, AL 35602

$ 0.00                                          $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.246 Priority creditor's name and mailing address**
NYS Sales Tax
P.O. Box 15172
Albany, NY 12212-5172

$ 2,106.22                                      $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.247 Priority creditor's name and mailing address**
NYS Sales Tax
P.O. Box 15172
Albany, NY 12212-5172

$ 750.29                                        $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1.  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.248  Priority creditor's name and mailing address**

NYS Sales Tax
P.O. Box 15172
Albany, NY 12212-5172

$ 1,190.72          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.249  Priority creditor's name and mailing address**

NYS Sales Tax
P.O. Box 15172
Albany, NY 12212-5172

$ 2,481.82          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.250  Priority creditor's name and mailing address**

Nebraska Department of Revenue
P.O. Box 98923
Lincoln, NE 68509

$ 192.37          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.251  Priority creditor's name and mailing address**

New Jersey Sales Tax
P.O. Box 999
Trenton, NJ 8646

$ 458.08          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.252** **Priority creditor's name and mailing address**
New Mexico Taxation and Revenue Dept.
PO Box 25128
Santa Fee, NM 87504-5128

$ 373.04   $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.253** **Priority creditor's name and mailing address**
North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0700

$ 524.71   $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.254** **Priority creditor's name and mailing address**
North Dakota Tax Commissioner
PO Box 5623
Bismarck, ND 58506

$ 212.08   $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.255** **Priority creditor's name and mailing address**
Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 401.27   $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|---|---|

**2.256 Priority creditor's name and mailing address**

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 397.97        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.257 Priority creditor's name and mailing address**

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 6,967.45        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.258 Priority creditor's name and mailing address**

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 5,349.79        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.259 Priority creditor's name and mailing address**

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 2,233.22        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.260 Priority creditor's name and mailing address**
Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

$ 1,963.21        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.261 Priority creditor's name and mailing address**
Oklahoma Tax Commission
P.O. Box 26850
Oklahoma City, OK 73126

$ 246.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.262 Priority creditor's name and mailing address**
Oklahoma Tax Commission
P.O. Box 26850
Oklahoma City, OK 73126

$ 242.81        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.263 Priority creditor's name and mailing address**
PA Department of Revenue Bureau of Receipts and Control
Department 280406
Harrisburg, PA 17128

$ 944.37        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.264** **Priority creditor's name and mailing address**
PA Department of Revenue Bureau of Receipts and Control
Department 280406
Harrisburg, PA 17128

$ 115.23

$ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.265** **Priority creditor's name and mailing address**
Palmer City Hall
231 West Evergreen Avenue
Palmer, AK 99645

$ 0.21

$ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.266** **Priority creditor's name and mailing address**
Parish of Caldwell Sales Tax Fund
P.O. Box 280
Vidalia, LA 71373

$ 0.00

$ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.267** **Priority creditor's name and mailing address**
Parish of Catahoula
P. O. Box 250
Vidalia, LA 71373

$ 130.00

$ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )
☑ No
☐ Yes

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.268 Priority creditor's name and mailing address**

Parish of Concordia
P. O. Box 160
Vidalia, LA 71373

$ 130.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.269 Priority creditor's name and mailing address**

Parish of East Carroll
P.O. Box 130
Vidalia, LA 71373

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.270 Priority creditor's name and mailing address**

Parish of St. Tammany
P.O. Box 1189
Slidell, LA 70459

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.271 Priority creditor's name and mailing address**

RI Division of Taxation
One Capitol Hill
Providence, RI 2908

$ 29.42          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.272 Priority creditor's name and mailing address**

Rachel Dwyer
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim: $ 1,158.37
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.273 Priority creditor's name and mailing address**

Robyn Torres
10128 Buckwood Avenue
El Paso, TX 79925

Total claim: $ 10,385.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.274 Priority creditor's name and mailing address**

SC Department of Revenue
P.O. Box 100193
Columbia, SC 29202

Total claim: $ 260.73
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.275 Priority creditor's name and mailing address**

STACS
P.O. Box 3989
Muscle Shoals, AL 35662

Total claim: $ 130.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.276 Priority creditor's name and mailing address**
Samuel Ojeda Velasquez
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim $1,159.18    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.277 Priority creditor's name and mailing address**
Sarah Gutierrez
575 East Germann Road Suite 101
Gilbert, AZ 85297

Total claim $1,250.58    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.278 Priority creditor's name and mailing address**
Shelby County
200 West College Street - Room 115
Columbiana, AL

Total claim $130.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.279 Priority creditor's name and mailing address**
Sheriff & Tax Collector, Jefferson Par. Sales Tax Division
P.O. Box 248
Gretna, LA 70054

Total claim $0.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 70 of 196

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.280** **Priority creditor's name and mailing address**

South Dakota Department of Revenue Business
Tax Division
445 E Capitol Ave
Pierre, SD 57501

$ 47.49                                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.281** **Priority creditor's name and mailing address**

St. Charles Parish School Board
13855 River Road
Luling, LA 70070

$ 0.00                                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.282** **Priority creditor's name and mailing address**

St. Clair County Tax Dept
165 5th Avenue Suite 102
Ashville, AL 35953

$ 0.00                                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.283** **Priority creditor's name and mailing address**

St. James Parish School Board
P. O. Box 368
Lutcher, LA 70071

$ 0.00                                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.284 Priority creditor's name and mailing address**
St. James Parish School Board
PO Box 368
Lutcher, LA 70071

$ 1.07          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.285 Priority creditor's name and mailing address**
State Comptroller Comptroller of Public Accounts
P.O. Box 149354
Austin, TX 78714

$ 2,752.49          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.286 Priority creditor's name and mailing address**
TOWN OF PRICEVILLE
P.O. BOX 2028
DECATUR, AL 35602

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.287 Priority creditor's name and mailing address**
Tax Collector City of Madison
P.O. Box 99
Madison, AL 35758

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 72 of 196

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                    **Priority amount**

---

**2.288  Priority creditor's name and mailing address**

Tax Collector City of Madison
P.O. Box 99
Madison, AL 35758

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.289  Priority creditor's name and mailing address**

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

$ 535.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.290  Priority creditor's name and mailing address**

Town of Avon
P.O. Box 975
Avon, CO 81620

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.291  Priority creditor's name and mailing address**

Town of Breckenridge
PO Box 1517
Breckenridge, CO 80424

$ 130.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|---|---|

---

**2.292 Priority creditor's name and mailing address**

Town of Carbondale
511 Colorado Avenue
Carbondale, CO 81623

$ 130.00          $ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.293 Priority creditor's name and mailing address**

Town of Castle Rock
P.O. Box 17906
Denver, CO 80217

$ 130.00          $ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.294 Priority creditor's name and mailing address**

Town of Crested Butte
PO Box 39
Crested Butte, CO 81224

$ 130.00          $ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.295 Priority creditor's name and mailing address**

Town of Eva
P.O. Box 456
Decatur, AL 35602

$ 0.00          $ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.296 Priority creditor's name and mailing address**

Town of Falkville
P.O. Box 434
Decatur, AL 35602

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.297 Priority creditor's name and mailing address**

Town of Frisco
P.O. Box 4100 1st & Main Street
Frisco, CO 80443

$ 130.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.298 Priority creditor's name and mailing address**

Town of Nauvoo
P.O. Box 186
Nauvoo, AL 35578

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.299 Priority creditor's name and mailing address**

Town of Parker
P.O. Box 5602
Denver, CO 80217

$ 130.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.** 300  **Priority creditor's name and mailing address**
Town of Ridgway
P. O. Box 10 201 North Railroad
Ridgway, CO 81432

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )
☑ No
☐ Yes

---

**2.** 301  **Priority creditor's name and mailing address**
Town of Timnath
4750 Signal Tree Drive
Timnath, CO 80547

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )
☑ No
☐ Yes

---

**2.** 302  **Priority creditor's name and mailing address**
Town of Trinity
P.O. Box 302
Decatur, AL 35602

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )
☑ No
☐ Yes

---

**2.** 303  **Priority creditor's name and mailing address**
Tuscaloosa County Special Tax Board
P.O. Box 20738
Tuscaloosa, AL 35402

$ 130.00                                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )
☑ No
☐ Yes

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** — **Priority amount**

---

**2.304  Priority creditor's name and mailing address**

Tuscaloosa County Special Tax Board
P.O. Box 20738
Tuscaloosa, AL 35402

$ 130.00        $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.305  Priority creditor's name and mailing address**

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

$ 456.77        $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.306  Priority creditor's name and mailing address**

Vermont Department of Taxes Business Trust Taxes
P.O. Box 547
Montpelier, VT 5601

$ 6.28        $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.307  Priority creditor's name and mailing address**

Washington Parish Sheriff's Office
1002 Main Street
Franklinton, LA 70438

$ 130.00        $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 77 of 196

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.308 Priority creditor's name and mailing address**

Washington State Department of Revenue
PO Box 47464
Olympia, WA 98504

$ 1,771.22     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.309 Priority creditor's name and mailing address**

Webster Parish School Board
P.O. Box 357
Minden, LA 71058

$ 130.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.310 Priority creditor's name and mailing address**

West Feliciana Parish
P. O. Box 1910
St. Francisville, LA 70775

$ 130.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
2024 license renewal

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.311 Priority creditor's name and mailing address**

West Virginia State Tax Department Tax Account
Administration Div
P.O. Box 1826
Charleston, WV 25327

$ 160.80     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.312** **Priority creditor's name and mailing address**

Wisconsin Department of Revenue
PO Box 8921
Madison, WI 53708

**Total claim** $ 523.53      **Priority amount** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.313** **Priority creditor's name and mailing address**

Wyoming Department of Revenue
122 W 25th St, Suite E301 Herschler Building East
Cheyenne, WY 82002

**Total claim** $ 95.54      **Priority amount** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.314** **Priority creditor's name and mailing address**

Yadira Valenzueal Amaya
575 East Germann Road Suite 101
Gilbert, AZ 85297

**Total claim** $ 1,471.89      **Priority amount** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.315** **Priority creditor's name and mailing address**

Zackary C Bull
575 East Germann Road Suite 101
Gilbert, AZ 85297

**Total claim** $ 975.76      **Priority amount** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 79 of 196

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** ³¹⁶ **Priority creditor's name and mailing address**

Zoe Collins
575 East Germann Road Suite 101
Gilbert, AZ 85297

$ 918.33                          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** _____ **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** _____ **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** _____ **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
10X Health - Cardone Ventures
4800 N Scottsdale Rd 5500
Scottsdale, AZ 85251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 150,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ABA Packaging Corporation
740 Blue Point Road
Holtville, NY 11742

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,458.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Abagael Michalski
1241 Keswick Blvd
Louisville, KY 40217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 25.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Abby Covington
6771 N US Highway 231
Crawfordsville, IN 47933

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 22.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Acosta Inc OeP LLC
6600 Corporate Center Parkway
Jacksonville, FL 92216-0973

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 31,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Adrienne Olcott
13 WHALEY ST
MILFORD, NJ 08848-1536

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) 2:25-bk-01160-BMW |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>     Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

Advertise Purple Inc
1653 7th Street 7128
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,237.96

---

**3.8 Nonpriority creditor's name and mailing address**

Albea Beauty Solutions USA LLC
595 Madison Avenue 10th Floor
New York, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,454.90

---

**3.9 Nonpriority creditor's name and mailing address**

Alder Packaging Inc - WWP
703 Pier Avenue, Suite B304
Hermosa Beach, CA 90254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,260.00

---

**3.10 Nonpriority creditor's name and mailing address**

Alexandra Harris
22516 PEALE DR
Calabasas, CA 91302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.11 Nonpriority creditor's name and mailing address**

Alicia Baca
4529 Capwood Dr
Salida, CA 95368

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17.90

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12 Nonpriority creditor's name and mailing address**

Alicia Baca
4529 Capwood Dr
Salida, CA 95368

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.13 Nonpriority creditor's name and mailing address**

Alicia Velk
425 12TH AVE
Havre, MT 59501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.14 Nonpriority creditor's name and mailing address**

Aline Grigorian
1592 Westmorland Street
Chula Vista, CA 91913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.26

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.15 Nonpriority creditor's name and mailing address**

Alyssa Hayes
28614 225th AVE SE
Maple Valley, WA 98038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.45

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.16 Nonpriority creditor's name and mailing address**

Alyssa Irby
7617 BRIXTON DR
Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.80

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Amanda Clavin
3707 N 11th St
Ozark, MO 65721

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 36.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**

AMANDA SOUDERS
21 Cannon Knolls Dr
Fredericksburg, VA 22406

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**

Amber Moreno
2218 CORONA AVE
Norco, CA 92860

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

American Express
PO Box 3001
Malvern, PA 19355-0701

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 49,841.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.21 Nonpriority creditor's name and mailing address**

Amy Ladd
75 SHANNON DR
Elkton, MD 21921

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Amy Nelson
1110 Robins Nest Hill
Mount Vernon, MO 65712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$18.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Amy Rehmeyer
6614 Blackstone Dr
Sachse, TX 75048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$141.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Amy Scott
PO BOX 107
Portland, PA 18351-0107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$26.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Andrea Moore
5112 HIGHWAY 301
Trenton, GA 30752

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$16.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Andrea Ritchey
6922 Ebb Tide Ave
Apollo Beach, FL 33572

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$149.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

Angela Garner
6683 Dutch Rd
Saginaw, MI 48609-5202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 470.90

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.28  Nonpriority creditor's name and mailing address**

Angela Gonzalez
7932 SAN PAULO DR
El Paso, TX 79915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.29  Nonpriority creditor's name and mailing address**

Angelica Javier
2834 E ARROYO CHICO
Tucson, AZ 85716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.30  Nonpriority creditor's name and mailing address**

Angelica Zamora
100 Carson Drive SE Unit 951
Los Lunas, NM 87031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.31  Nonpriority creditor's name and mailing address**

Angie Brunette
3919 S 11th Street
Sheboygan, WI 53081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Angie Durrant
1120 Traditions Street
Tracy, CA 95376-1320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.47

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.33** Nonpriority creditor's name and mailing address

Anita Detherow
605 W CHURCH ST
Ozark, MO 65721

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.34** Nonpriority creditor's name and mailing address

Anna Munroe
720 3rd Ave
Morrill, NE 69358

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.50

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.35** Nonpriority creditor's name and mailing address

Anne Eckberg
10904 BIRCH LN
Saint Paul, MN 55129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.36** Nonpriority creditor's name and mailing address

Annette Avia
771 MELHAM AVE
La Puente, CA 91744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Antonia Marquez
6221 HAVILAND AVE
Whittier, CA 90601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 26.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Antonise Garcia-Wilkinson
313 Elise Drive
Redlands, CA 92374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Aon Risk Insurance Services West Inc
Aon Risk Services Inc, PO Box 849832
Los Angeles, CA 90084-9832

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,684.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

April Burton
73 WELLINGTON COLONY DR
Little Rock, AR 72211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

April DuBoce
8215 N ORACLE RD APT 122
Tucson, AZ 85704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Ariel Laboratories
31 Davis Street
South Plainfield, NJ 07080-1429

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,534.40

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.43** Nonpriority creditor's name and mailing address

ARIN
PO Box 719477
Philadephia, PA 19171-9477

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.50

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.44** Nonpriority creditor's name and mailing address

Ashley Hale
10 BRUSHWOOD CT
Youngsville, NC 27596

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.45** Nonpriority creditor's name and mailing address

Ashley Morris
1818 N TAYLOR ST STE B PMB 113
Little Rock, AR 72207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.46** Nonpriority creditor's name and mailing address

Ashley Weiss
558 COLORADO AVE
Brick, NJ 08724-1236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

ASTRID DAVALOS
212 Lisbon Street #10
El Paso, TX 79905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Audrey Lang
1 Monroe
Irvine, CA 92620-3628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 22.23

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Autumn Morga

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 25.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Baralan USA Inc
120-19 89th Avenue
Richmond Hill, NY 11418-3235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 800.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 51  **Nonpriority creditor's name and mailing address**

Barbara Bennett
1308 Wood Lake Cir
Saint Cloud, FL 34772

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

Barbara Phillips
319 Kassik Cir
Orlando , FL 32824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.60

---

**3.53** **Nonpriority creditor's name and mailing address**

Becky Goble
506 S St Cloud Ave
Valrico, FL 33594-3998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 48.80

---

**3.54** **Nonpriority creditor's name and mailing address**

Belinda Hendershot
4319 NEWBURG RD
Bethlehem, PA 18020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.94

---

**3.55** **Nonpriority creditor's name and mailing address**

Bentley Laboratories LLC
111 Fieldcrest Avenue
Edison, NJ 08337-3622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,609.00

---

**3.56** **Nonpriority creditor's name and mailing address**

Bethann Cairns
4550 Lincoln Ave apt 207
Cypress, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

Betty Antos
1101 SW 16th Street
Boynton Beach, FL 33426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.19

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

Betty Faith
8695 HYDRA LN
San Diego, CA 92126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

Bianca Macro
955 N Main St #27
Woodruff, SC 29388

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield of Arizona
PO Box 81049
Phoenix, AZ 85069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,605.05

**Basis for the claim:** Health Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**

Bonnie Levett
3226 Maryland Ave
Green Cove Springs, FL 32043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Brehen Freeman
19135 110th Ave Ct E
Puyallup, WA 98374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8.40**

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Brenda Bodeau

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8.40**

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Brenda Dodd
500 Hoskins-McGuire Road
Rock Springs, WY 82901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8.40**

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Brenda Kunz
12394 Cool Ct
Moreno Valley, CA 92557

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.80**

Basis for the claim: Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Brittney Murphy
411 W Locust St
Plattsburg, MO 64477-1125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 76.80**

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|--------|---------------------|--------------------------|-------------------|
|        | Name                |                          |                   |

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Brittney Pierce

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 25.20

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.68** Nonpriority creditor's name and mailing address

Cailin Bundrick
15926 4th Ave NE
Duvall, WA 98019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 100.65

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.69** Nonpriority creditor's name and mailing address

Canada Border Revenue Service Agency
1000-840 Howe Street Vancouver, BC Canada
V6Z 2M1

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Canada Customs

$ 189,411.81

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.70** Nonpriority creditor's name and mailing address

Candace McKnight
200 LOIS LN
Salisbury, NC 28147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.71** Nonpriority creditor's name and mailing address

Candace Occhiogrosso
1905 McCord St
Myrtle Beach, SC 29577

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

$ 14.43

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.72** Nonpriority creditor's name and mailing address

Candice Stephens
6052 Fair Winds Cove
Flowery Branch, GA 30542

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Candise Isla
606 WOODLAND TERRACE BLVD
Orlando, FL 32828

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Cara Boyer
5550 S GOLD ST APT 400
Wichita, KS 67217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.00

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Cardone Ventures
4800 N Scottsdale Rd 5500
Scottsdale, AZ 85251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,500.00

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Carla New
144 Poplar St
Pickerington, OH 43147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 77    **Nonpriority creditor's name and mailing address**

Carol Hackett
6526 MAYFIELD RD
Warrenton, GA 30828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.50

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 78    **Nonpriority creditor's name and mailing address**

Carol Hayden
3321 Lowell Lane
Ijamsville , MD 21754

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.00

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 79    **Nonpriority creditor's name and mailing address**

Carolina McGrath
8832 LONGS PEAK CIRCLE
Windsor, CO 80550-2576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.70

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 80    **Nonpriority creditor's name and mailing address**

Carolyn Freer
10687 35W ST SW
Dickinson, ND 58601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.75

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 81    **Nonpriority creditor's name and mailing address**

Carolyn Geiger
6430 CORMORANT CIR
Rocklin, CA 95765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims     

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 82    **Nonpriority creditor's name and mailing address**

Carrie Minton
321 OAK HILL LN
Canton, GA 30115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 39.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 83    **Nonpriority creditor's name and mailing address**

Carrie Pavlick
6326 BROADCAST PKWY
Loves Park, IL 61111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 84    **Nonpriority creditor's name and mailing address**

Catherine Gough
807 HILE LN
Englewood, OH 45322-1737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 76.37

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 85    **Nonpriority creditor's name and mailing address**

Cathy Clauss
141 LINCOLN PARK BLVD
Kettering, OH 45429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 33.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 86    **Nonpriority creditor's name and mailing address**

cathy canady
7333 Goldenrod Ct.
Powell, OH 43065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**   **Nonpriority creditor's name and mailing address**

Cathy Simoneau
6 LAUREL RD
Windsor Locks, CT 06096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.88**   **Nonpriority creditor's name and mailing address**

CCPLbd.com
56-J South Mugdapara
Bangladesh Dhaka, IN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,318.50

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.89**   **Nonpriority creditor's name and mailing address**

Celeste Nunez
217 S 3RD St
Montebello, CA 90640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.80

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.90**   **Nonpriority creditor's name and mailing address**

Chameen Stratton
12511 Maria Circle
Broomfield, CO 80020-5325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.91**   **Nonpriority creditor's name and mailing address**

Charity Leikam
4135 Kipling Pl
Lincoln, NE 68516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.92** Nonpriority creditor's name and mailing address

Chere Urgo
7 W SHORE DR
Massapequa, NY 11758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Cheri Gingrich
536 Ridge Road
Elizabethtown, PA 17022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 2.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Cheryl-Ann Riggin
33 LAURELWOOD DR APT 33
Hopedale, MA 01747-19*83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Chrissy Weems
575 East Germann Road Suite 101
Gilbert, AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider

$ 2,000,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Christina Caravaggio
9 Pentland Cres
Maple Ontario Canada L6A 1T7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** Nonpriority creditor's name and mailing address

Christina Ojeda
6919 NW 27TH CT
Pompano Beach, FL 33063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.98** Nonpriority creditor's name and mailing address

Christina Scott
2397 W 2120 N
Clinton, UT 84015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.53

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.99** Nonpriority creditor's name and mailing address

Christine Benton
10950 W Union Hills Dr, 2448
Sun City, AZ 85373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.100** Nonpriority creditor's name and mailing address

Christy Kent
1205 THADDEUS CT
Chesapeake, VA 23322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.101** Nonpriority creditor's name and mailing address

Christy Shaw
23401 ROSS HOLLOW RD
Roland, AR 72135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** `102`  **Nonpriority creditor's name and mailing address**

Christy Warren
3811 Sullivan Rd
Bauxite, AR 72011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.60

---

**3.** `103`  **Nonpriority creditor's name and mailing address**

Cigna Life Insurance Company of NY
PO Box 783072
Philadelphia, PA 19178-3072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Life Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,214.40

---

**3.** `104`  **Nonpriority creditor's name and mailing address**

Cindy Filonczuk
13665 SE SHAWNEE RD
Prineville, OR 97754

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16.59

---

**3.** `105`  **Nonpriority creditor's name and mailing address**

Cindy Ruelas
24243 N 103rd Avenue
Peoria, AZ 85382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.** `106`  **Nonpriority creditor's name and mailing address**

Cindy VanNorte

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.00

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.107**   **Nonpriority creditor's name and mailing address**

Cintas Corporation
PO BOX 631025
Cincinnati, OH 45263-1025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.51

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.108**   **Nonpriority creditor's name and mailing address**

Claudia Chavez
12636 Paseo Rosannie
El Paso, TX 79928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.69

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.109**   **Nonpriority creditor's name and mailing address**

Claudia Cordova
13377 Estancias Del Norte
San Elizario, TX 79849

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.41

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.110**   **Nonpriority creditor's name and mailing address**

Clifton Larson Allen LLP
PO Box 31001-2433
Pasadena, CA 91110-2433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,539.28

**Basis for the claim:** Income Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.111**   **Nonpriority creditor's name and mailing address**

Clydine Forsyth
134 SAINT ANDREWS RD
Valley Springs, CA 95252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.22

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112 **Nonpriority creditor's name and mailing address**

Colleen Stambersky
7187 N ELMS RD
Flushing, MI 48433-8802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.00

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113 **Nonpriority creditor's name and mailing address**

Concur Technologies
62157 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,050.11

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114 **Nonpriority creditor's name and mailing address**

Courtney Falde
561 NILE RIVER DR
Oxnard, CA 93036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115 **Nonpriority creditor's name and mailing address**

COX Communications
PO Box 53249
Phoenix, AZ 85072-3249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,781.28

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116 **Nonpriority creditor's name and mailing address**

Crystal Herrera
4064 Monterey Avenue
Baldwin Park, CA 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.61

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 117 **Nonpriority creditor's name and mailing address**

Curebit Inc Talkable
2261 Markiet Street 4588
San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 118 **Nonpriority creditor's name and mailing address**

Cybertech Designs LLC - Flyers Direct
305 South Rockford Drive
Tempe, AZ 85281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,779.24

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 119 **Nonpriority creditor's name and mailing address**

Cynthia Guidry
106 Tracteur Rd
Youngsville, LA 70592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.90

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 120 **Nonpriority creditor's name and mailing address**

Cynthia Reid
523 Bonerwood Drive
Nashville, TN 37211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 121 **Nonpriority creditor's name and mailing address**

Cynthia Saucedo
N8987 FENSKE RD
Pardeeville, WI 53954

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address
Dana Davis
7001 Eden Tap Rd TrlD
Kennedale, TX 76060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 80.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address
Dana Richmond
1324 Twisting Wind Dr
Haslet, TX 76052

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address
Danalyn Reckner
PO BOX 20
Hoschton, GA 30548

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address
Danielle Keenan
14 Kinderkamack Rd
Woodcliff Lake, NJ 07677-8019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 15.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address
Dannette Golightly
112 Riverview Cir
Saline, MI 48176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127  **Nonpriority creditor's name and mailing address**

Darlene Montesino
1350 WILLOW RD
Lake Alfred, FL 33850-3152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 51.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 128  **Nonpriority creditor's name and mailing address**

Darlene Quevedo
9850 Garfield Ave Spc 108
Huntington Beach, CA 92646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 129  **Nonpriority creditor's name and mailing address**

Davidson and Company LLP
800 - 525 West 8th Avenue
Vancouver, BC C53 1C6

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Income Taxes

$ 19,730.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 130  **Nonpriority creditor's name and mailing address**

Dawn VanKirk
12570 Whitaker Dr
Rolla, MO 65401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 14.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 131  **Nonpriority creditor's name and mailing address**

Dchell Ferguson
8315 Banberry Rd
Pensacola, FL 32514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132 Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services Inc
80 Fifth Avenue Suite 1401
New York, NY 10011-8002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment Liens

$ 329,460.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.133 Nonpriority creditor's name and mailing address**

Deb Blessing
8993 E 24th Place 102
Denver, CO 80238-2843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 43.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.134 Nonpriority creditor's name and mailing address**

Debra Adam-Fuller
757 Deer Creek Way
Philomath, OR 97370

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.135 Nonpriority creditor's name and mailing address**

Debra Brenner
153 LAS COLINAS TRL
Crossroads, TX 76227-1721

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 54.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

Debra Wilhelm-Riedel
W908 CENTRAL ST
Chili, WI 54420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 61.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 107 of ___

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 137 **Nonpriority creditor's name and mailing address**

Deedra Finley
1606 9TH AVE NW
Mandan, ND 58554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 138 **Nonpriority creditor's name and mailing address**

Delinda Shawles
6612 232nd Street East
Graham, WA 98338-9409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 10.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 139 **Nonpriority creditor's name and mailing address**

Delta Dental of Arizona Inc
14850 N Scottsdale Rd Suite 400
Scottsdale, AZ 85254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dental Insurance

$ 1,777.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 140 **Nonpriority creditor's name and mailing address**

Denise Curran
31 N Shore Road
Denville, NJ 07834-1531

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 141 **Nonpriority creditor's name and mailing address**

Denise Manos
91 CAMBRIDGE D
West Palm Beach, FL 33417

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 142 **Nonpriority creditor's name and mailing address**

Deserie Bohl
14608 STEPHANIE LN
Yelm, WA 98597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.90

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 143 **Nonpriority creditor's name and mailing address**

Deven Ater
1738 N First Avenue
Upland, CA 91784

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.20

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 144 **Nonpriority creditor's name and mailing address**

Diane Pratt
2780 Sterling Way
Cameron Park, CA 95682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.52

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 145 **Nonpriority creditor's name and mailing address**

Disney Consumer Products Inc
500 S Buena Vista Street
Burbank, CA 91521-8651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45,264.71

**Basis for the claim:** Quarterly Royalty Fees

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.** 146 **Nonpriority creditor's name and mailing address**

Dominique Hairston-Wiggins
7534 BRIARGROVE LN
Lincoln, VA 20160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 147  **Nonpriority creditor's name and mailing address**

Dominique Sanchez Hicks
15140 XENIA ST
Thornton, CO 80602

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 148  **Nonpriority creditor's name and mailing address**

Donna Sanders
1251 Northeast Centurion Drive
Gresham, OR 97030

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7.60

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 149  **Nonpriority creditor's name and mailing address**

Eastgroup Properties LP
400 W. Parkway Place 100
Ridgeland, MS 39157

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 131,894.74

**Basis for the claim:** Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 150  **Nonpriority creditor's name and mailing address**

eFax Corporate
PO Box 51873
Los Angeles, CA 90051

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 193.93

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 151  **Nonpriority creditor's name and mailing address**

Elaine Owens Smith
200 UPPER STONE AVE
Bowling Green, KY 42101

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 152   **Nonpriority creditor's name and mailing address**

Elise Allen
1351 Giel Ave
Lakewood, OH 44107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 88.40

---

**3.** 153   **Nonpriority creditor's name and mailing address**

Elise Peters
28724 N 252ND DR
Wittmann, AZ 85361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 45.94

---

**3.** 154   **Nonpriority creditor's name and mailing address**

Elise Roberts
226 E. Bennett St
Nipomo, CA 93444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

---

**3.** 155   **Nonpriority creditor's name and mailing address**

Elizabeth Houk
4605 HUNTERS POINT DR
Portsmouth, VA 23703-2221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 36.74

---

**3.** 156   **Nonpriority creditor's name and mailing address**

Elizabeth Loraine Barr
19027 MAPLE VALLEY CIR
Hagerstown, MD 21742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 157  Nonpriority creditor's name and mailing address**

Elizabeth Sanchez
5909 FAIR OAKS DR
Bakersfield, CA 93306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 158  Nonpriority creditor's name and mailing address**

Elizabeth Segovia
2317 Mermaid Dr
El Paso, TX 79936

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 159  Nonpriority creditor's name and mailing address**

Ellie Russo
64 LONG DUCK POND RD
Plymouth, MA 02360-2862

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.15

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 160  Nonpriority creditor's name and mailing address**

Elsa Perales
1507 GREG POWERS DR B
El Paso, TX 79936

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.25

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 161  Nonpriority creditor's name and mailing address**

Emily Yerly
103 Nina Cove
Stafford, VA 22554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 162 **Nonpriority creditor's name and mailing address**

Envision Retailing LLC - Annette McEvoy
929 Park Avenue 5B
New York, NY 10028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,875.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 163 **Nonpriority creditor's name and mailing address**

Erin Crews
11265 East Escondido Ave
Mesa, AZ 85208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 164 **Nonpriority creditor's name and mailing address**

Erin Keene
349 Silver Spur Rd
North Tazewell, VA 24630-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 165 **Nonpriority creditor's name and mailing address**

Erin Samaniego
746 NILE RIVER DR
Oxnard, CA 93036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 166 **Nonpriority creditor's name and mailing address**

Erin Zapata
5990 S Mesquite Grove Way
Chandler, AZ 85249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.167** Nonpriority creditor's name and mailing address

Essex Testing Clinic Inc
799 Bloomfield Avenue
Verona, NJ 07044-1367

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Research and Development

$ 2,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

Estella Rodeback
924 South Skyline Drive
Moses Lake , WA 98837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

$ 13.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address

Esther Zubia
19642 W EXETER BLVD
Litchfield Park, AZ 85340

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 45.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

Evalyn Back
1532 Garcia St NE
Albuquerque, NM 87112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

Evonne Coonts
9400 E INDIO PL
Tucson, AZ 85749

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

$ 8.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.172** Nonpriority creditor's name and mailing address

Exigo LLC
1600 Viceroy Drive Suite 125
Dallas, TX 75235

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Software

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address

Fashion-Boom Co Ltd
No 68 Dongcheng Section West Canal Rd
Dongcheng District
Dongguan City, MI 523000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,445.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

FedEx
PO Box 7221
Pasadena , CA 91109-7321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 13,701.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

Fennemore Craig PC
2394 E Camelback Road Ste 5500
Scottsdale, AZ 85016-3429

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,556.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

Friedman Recycling Company
3640 W Lincoln St
Phoenix, AZ 85009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 440.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 177 **Nonpriority creditor's name and mailing address**

G Klein
5215 Bear Corn Run
Port Orange, FL 32128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 178 **Nonpriority creditor's name and mailing address**

Genevieve Drake
1206 N Gate Rd
Walnut Creek, CA 94598-5108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 239.85

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 179 **Nonpriority creditor's name and mailing address**

Georgeann Rohrbach
20 CHERRY ST
Bechtelsville, PA 19505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 180 **Nonpriority creditor's name and mailing address**

GoAffPro - ARV Tech
1st Floor 159 D-Block New Mandi Area
Sirsa, IN 125055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software

$ 3,998.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 181 **Nonpriority creditor's name and mailing address**

Hannah Butcher
108 SW 6TH ST
Cache, OK 73527

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 182 **Nonpriority creditor's name and mailing address**

HBS Limited
Room 1202 Block A Bell House 525 Nathan
Road Hong Kong

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 943,772.87

---

**3.** 183 **Nonpriority creditor's name and mailing address**

Heather Brimmer
5005 Shadow Stone St
Bakersfield, CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 45.94

---

**3.** 184 **Nonpriority creditor's name and mailing address**

Heather Jones
27795 SE Sun Ray Dr
Boring, OR 97009

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 195.30

---

**3.** 185 **Nonpriority creditor's name and mailing address**

Heidi Scribner
2560 MEADOWPOINT DR
Troy, OH 45373

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 27.60

---

**3.** 186 **Nonpriority creditor's name and mailing address**

Hollie Batey
410 AGATE STREET
Rock Springs, WY 82901

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 8.40

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.187 Nonpriority creditor's name and mailing address**

Holly Giuliano
26221 Mount Diablo Rd
Laguna Hills, CA 92653

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.95

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.188 Nonpriority creditor's name and mailing address**

I Teruel
700 N ZARAGOZA RD 276
El Paso, TX 79907-4703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.75

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.189 Nonpriority creditor's name and mailing address**

Ilene Parnes
3787 Carrel Blvd
Oceanside, NY 11572

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.12

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.190 Nonpriority creditor's name and mailing address**

Imperial PFS Corporation
30 Montgomery Street Suite 501
Jersey City, NJ 07302-3821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,797.32

Basis for the claim: Company Liability Insurance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.191 Nonpriority creditor's name and mailing address**

Incorp
9107 W Russell Road Suite 100
Las Vegas, NV 89148-1233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,949.00

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 192    **Nonpriority creditor's name and mailing address**

India Brown-Cowart
108 South Oaks Lane
Warner Robins, GA 31088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 193    **Nonpriority creditor's name and mailing address**

Infincom
10491 Old Placerville Road
Sacramento, CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 29.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 194    **Nonpriority creditor's name and mailing address**

Intercos America Inc
200 Route 300 North
Congers, NY 10920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,371.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 195    **Nonpriority creditor's name and mailing address**

Intertek Testing Services Shenzhen Ltd
Block E No 7-2 Caipin Road
Guangzhou, MI 510663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,101.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 196    **Nonpriority creditor's name and mailing address**

Jacalyn Hoffman

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 48.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 120 of 197

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 119 of 196

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.197 Nonpriority creditor's name and mailing address

Jamie Laing
PO Box 343
Westfield, WI 53964

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.198 Nonpriority creditor's name and mailing address

Jan Dalton
19221 N CONCHO CIR
Sun City, AZ 85373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.40

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.199 Nonpriority creditor's name and mailing address

JANELL WILKER
6208 BEACON TREE CT
Dayton, OH 45424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.15

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.200 Nonpriority creditor's name and mailing address

Janet Olivieri
1211 ERIN CT
Virginia Beach, VA 23454

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.80

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.201 Nonpriority creditor's name and mailing address

Janice Samela
3898 BUCKLAND DR SW
Lilburn, GA 30047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number _(if known)_ | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `202` **Nonpriority creditor's name and mailing address**

Jannylou Raya
16767 Bernardo Center Dr #27264
San Diego, CA 92198

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 121.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `203` **Nonpriority creditor's name and mailing address**

Jasmine Powell
4187 Old Post Road
Havre, MT 59501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `204` **Nonpriority creditor's name and mailing address**

Jaylene Doud
302 3rd Street
Batavia, IA 52533-9403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `205` **Nonpriority creditor's name and mailing address**

Jean Kosch
1533 FENWAY RD
Crofton, MD 21114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 12.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `206` **Nonpriority creditor's name and mailing address**

Jen Sansone
3136 RICHLAND LN
Aurora, IL 60504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

Jenna Hooks
10341 Canoga Ave
Chatsworth, CA 91311-2262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.00

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.208** Nonpriority creditor's name and mailing address

Jenna Snyder
99 Werley Road
Allentown, PA 18104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.209** Nonpriority creditor's name and mailing address

Jennie Davidson
4280 Coattail Ct
Ellicott City, MD 21042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.19

Basis for the claim: Commission Based Resellers

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.210** Nonpriority creditor's name and mailing address

Jennifer Armstrong
6524 STATE ROUTE 546
Bellville, OH 44813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.211** Nonpriority creditor's name and mailing address

Jennifer Brecciano
6 MEADOW POND RD
Hamburg, NJ 07419-2518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.70

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 212    **Nonpriority creditor's name and mailing address**

Jennifer Corby
37 ALPHANO RD
Great Meadows, NJ 07838-2502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 213    **Nonpriority creditor's name and mailing address**

Jennifer Dooley
250 E TELEGRAPH RD SPC 130
Fillmore, CA 93015-2154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.72

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 214    **Nonpriority creditor's name and mailing address**

Jennifer Erdos
515 Bryant Ave
Lindenwood, NJ 08021-1042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.90

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 215    **Nonpriority creditor's name and mailing address**

Jennifer Hoban
1833 Speice Ave
Dayton, OH 45403-3134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.45

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 216    **Nonpriority creditor's name and mailing address**

Jennifer James
3423 E PARADISE LN
Phoenix, AZ 85032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|---------------------|
|        | Name                |                        |                     |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** Nonpriority creditor's name and mailing address

Jennifer Pavlisin Storm
7649 S 4770 W
West Jordan, UT 84084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

Jennifer Raymond
1608 CALLE LA CUMBRE
Camarillo, CA 93010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

Jenny Corbin
521 HOPKINSVILLE RD
Russellville, KY 42276

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

Jenny Velez
22511 36th Street East
Buckley, WI 98321

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.45

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address

JESSICA ARIAS and JESSLYN CEJA
13372 Illinois Street
Westminster, CA 92683

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 125 of 197

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 124 of ___196

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** Nonpriority creditor's name and mailing address

Jessica Butanda

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 68.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

Jessica Harris
3412 Macungie Rd
Macungie, PA 18062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

Jessica Loish
709 Orchard Ave
Bellevue, PA 15202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

$ 3.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

Jessica Williamson
832 MCINTOSH ST
Wausau, WI 54403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

Jessica Woods
1824 Sydnor Ave
Ridgecrest, CA 93555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 38.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227** **Nonpriority creditor's name and mailing address**

Jewel Pledge
15709 Arrow Hwy Suite 4
Irwindalw, CA 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,489.35

**Basis for the claim:** Inventory Products

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.228** **Nonpriority creditor's name and mailing address**

Jill Adams

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.229** **Nonpriority creditor's name and mailing address**

Jill Brace
230 Mateo Way NE
Saint Petersburg, FL 33704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.230** **Nonpriority creditor's name and mailing address**

Jill McNally
4 Presidential Rd
Bedford, NH 03110-5538

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.20

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.231** **Nonpriority creditor's name and mailing address**

Jillian Davis
1028 Montana Ave
Saint Cloud, FL 34769

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 232 **Nonpriority creditor's name and mailing address**

Joanie Rivard
8264 N Camino de la Viola
Tucson, AZ 85741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 40.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 233 **Nonpriority creditor's name and mailing address**

Joanne and Adelaida Ordas
1530 S Campbell Ave
Alhambra, CA 91803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 234 **Nonpriority creditor's name and mailing address**

JoLynn Fauerbach
1290 PINEVIEW DR
Reedsburg, WI 53959-1060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 52.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 235 **Nonpriority creditor's name and mailing address**

Jorns & Associates

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 110,999.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 236 **Nonpriority creditor's name and mailing address**

Joslyn Imthurn
30 S ROOT ST
Aurora, IL 60505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**237 **Nonpriority creditor's name and mailing address**

Joy Kimaru
322 E Watson Place
Casa Grande, AZ 85122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Labor

$ 880.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**238 **Nonpriority creditor's name and mailing address**

Judith Gonzalez
11725 PUEBLO CHICO CT
El Paso, TX 79936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**239 **Nonpriority creditor's name and mailing address**

Judith Moffa
3772 COBBLESTONE LN
Punta Gorda, FL 33980

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 14.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**240 **Nonpriority creditor's name and mailing address**

Judy and Holly Dunn
3207 North El Dorado Drive
Chandler, AZ 85224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**241 **Nonpriority creditor's name and mailing address**

Judy Boivin
131 Birchwood Dr
Schenectady, NY 12303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 30.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number _(if known)_ | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.242** Nonpriority creditor's name and mailing address

Judy Fowler
4600 Peach Avenue
Niagra Falls, NC L2E 5L7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 44.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.243** Nonpriority creditor's name and mailing address

Julia Trivette
282 Heidt Road
Palatka, FL 32177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.244** Nonpriority creditor's name and mailing address

Julie Jafar
1317 Heartwood Street
White Hall, AR 71602-4779

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 81.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.245** Nonpriority creditor's name and mailing address

Julie McDow
3198 County Road 328
Fulton, MO 65251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.246** Nonpriority creditor's name and mailing address

Julie Schuster
20994 MONTEZUMA RD
Harlingen, TX 78550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 247    **Nonpriority creditor's name and mailing address**

Julie Syers
6136 Southwell Lane
League City, TX 77573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

3. 248    **Nonpriority creditor's name and mailing address**

June Peach
2915 E ELEANA LN
Gilbert, AZ 85298

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.85

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

3. 249    **Nonpriority creditor's name and mailing address**

Kadie Burger
6394 STATE ROUTE 9
Hanoverton, OH 44423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.40

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

3. 250    **Nonpriority creditor's name and mailing address**

Kandice Astamendi
10500 Otsego Street
North Hollywood, CA 91601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

3. 251    **Nonpriority creditor's name and mailing address**

Kara Trahant
205 Pheasant Springs Rd
Williamsburg, VA 23188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.38

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.252** **Nonpriority creditor's name and mailing address**

Karen Alaniz
705 Art Center Ave New
Smyrna Beach, FL 32168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.00

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.253** **Nonpriority creditor's name and mailing address**

Karen Becker
2341 WHITEOAK LN
Corona, CA 92882

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.254** **Nonpriority creditor's name and mailing address**

Karen Brazitis
3401 Creekbend Dr
Garland, TX 75044-2025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.255** **Nonpriority creditor's name and mailing address**

Karen Gutierrez
10228 Harvest Avenue
Santa Fe Springs, CA 90670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.20

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.256** **Nonpriority creditor's name and mailing address**

Karen Hayashi
2783 Lantz Avenue
San Jose, CA 95124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 470.90

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257** Nonpriority creditor's name and mailing address

Karen Lara
14941 Roslyn Drive
Horizon City, TX 79928

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.00

Basis for the claim: Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.258** Nonpriority creditor's name and mailing address

Karen Reilly

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.00

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.259** Nonpriority creditor's name and mailing address

Karla Armas
8371 TELEGRAPH RD APT 25
Pico Rivera, CA 90660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.260** Nonpriority creditor's name and mailing address

Karla Venable
9005 W MELINDA LN
Peoria, AZ 85382

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.90

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.261** Nonpriority creditor's name and mailing address

Kasandra Sandy Tucci
2222 Valner Court
San Diego, CA 92139-1810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.27

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** Nonpriority creditor's name and mailing address

Kate Grace

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.76

---

**3.263** Nonpriority creditor's name and mailing address

Katherine Bullen
715 Golfmore Drive
Grand Junction, CO 81506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.264** Nonpriority creditor's name and mailing address

Katherine Cavazos
9102 Stephen Street
Needville, TX 77461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.265** Nonpriority creditor's name and mailing address

Katherine Corp
90 BRYANT AVENUE
White Plains , NY 10605-1952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16.38

---

**3.266** Nonpriority creditor's name and mailing address

Kathleen Archuleta
1013 Stoneybrook Drive
Martinez, CA 94553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.94

---

| Debtor | Think Goodness, LLC | Case number _(if known)_ 2:25-bk-01160-BMW |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 267 **Nonpriority creditor's name and mailing address**

Kathy Gary
1112 Bradford Avenue 258
Placentia, CA 92870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.59

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** 268 **Nonpriority creditor's name and mailing address**

Kathy Pardee

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.00

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** 269 **Nonpriority creditor's name and mailing address**

Kathy Talbot
2005 PRINCETON AVE
BRADENTON, FL 34207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** 270 **Nonpriority creditor's name and mailing address**

Katie Cerney
5400 68TH ST
Kenosha, WI 53142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.05

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** 271 **Nonpriority creditor's name and mailing address**

Kay Dilks
3107 120TH AVE
Carlisle, IA 50047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272 Nonpriority creditor's name and mailing address**

Kelly Bowling
5612 LYNCHBURG PL
Pace, FL 32571

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.91

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 Nonpriority creditor's name and mailing address**

Kelly Montoya
4112 CLINTON BLVD SW
Albuquerque, NM 87105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.05

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 Nonpriority creditor's name and mailing address**

Kelly Snyder-Cromer
11734 SW 53 Ct
Cooper City, FL 33330-4247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.90

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275 Nonpriority creditor's name and mailing address**

Kelly Stokes
1370 Compton Woods Dr
Loganville, GA 30052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Resller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276 Nonpriority creditor's name and mailing address**

Kerri Dyer
203 SHERRY LYNN PL
Harvest, AL 35749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.85

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number _(if known)_ | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**277 **Nonpriority creditor's name and mailing address**

Kerry Hemphill
7413 E. Medina Ave.
Mesa, AZ 85209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**278 **Nonpriority creditor's name and mailing address**

Kim Marx
412 N 4th
Hay Springs, NE 69347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**279 **Nonpriority creditor's name and mailing address**

kimberly abney
PO Box 144
Viburnum, MO 65566-0144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 62.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**280 **Nonpriority creditor's name and mailing address**

Kimberly Clemons
6 PIPER LN
Lee, NH 03861-6250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**281 **Nonpriority creditor's name and mailing address**

Kimberly Cooper
3521 SOFFIT PL
Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 37.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**<u>282</u> **Nonpriority creditor's name and mailing address**

Kimberly Drews
9401 S Fenmore Rd
Saint Charles, MI 48655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>283</u> **Nonpriority creditor's name and mailing address**

Kimberly Horner
4212 LINCOLN ST
Parkersburg, WV 26104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>284</u> **Nonpriority creditor's name and mailing address**

Kimberly McHugh
23 Parkway Dr
Hackettstown, NJ 07840-2621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.41

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>285</u> **Nonpriority creditor's name and mailing address**

Kimberly Parker
554 JURGENSEN PL
Hyatsville, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.80

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>286</u> **Nonpriority creditor's name and mailing address**

Kimberly Thoms
1700 Klockner Rd Apt 5
Trenton, NJ 08619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287 Nonpriority creditor's name and mailing address**

Kimberly Wagner-Bonas
72 Maple Street
Seven Valleys, PA 17360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.00

**3.288 Nonpriority creditor's name and mailing address**

Klaviyo Inc
125 Summer Street Floor 6
Boston, AL 02111-1616

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,846.35

**3.289 Nonpriority creditor's name and mailing address**

Kris Byers
12448 MCKELVEY RD
Saint Louis, MO 63146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.40

**3.290 Nonpriority creditor's name and mailing address**

Kristen Dillon

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.40

**3.291 Nonpriority creditor's name and mailing address**

Kristen Gamache
1756 Grande View Avenue
Severn, MD 21144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.15

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 138 of ___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292 Nonpriority creditor's name and mailing address**

Kristen Harrison
3559 E Kesler Ln
Gilbert, AZ 85295

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

**$ 12.90**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.293 Nonpriority creditor's name and mailing address**

Kristen Youmans
3333 Westphal Dr
Johns Island, SC 29455-7138

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

**$ 345.67**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.294 Nonpriority creditor's name and mailing address**

Kristi Scott
15115 Lofthill Dr
La Mirada, CA 90638-5143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

**$ 131.30**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.295 Nonpriority creditor's name and mailing address**

Kristi Van Tassel-Hinkle
19161 Holabird Grade
Holabird, SD 57540

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

**$ 27.05**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.296 Nonpriority creditor's name and mailing address**

Kristina Marquez
7121 Sierra Vista st
Alta Loma, CA 91701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

**$ 8.40**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 297 **Nonpriority creditor's name and mailing address**

Kristine Doucette
1554 W E Place
La Center, WA 98629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 298 **Nonpriority creditor's name and mailing address**

Kristy Millward
62 Toponce Dr
Pocatello, ID 83204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 299 **Nonpriority creditor's name and mailing address**

Krystal Chittenden
9846 KREMMEN PL
Boerne, TX 78006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.75

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 300 **Nonpriority creditor's name and mailing address**

Krysten Bailey
2314 70th Ave W Apt 25
Tacoma, WA 98466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 301 **Nonpriority creditor's name and mailing address**

Kylie Talijan
707 7TH AVE
Bethelhem, PA 18018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.40

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 302 **Nonpriority creditor's name and mailing address**

Kymbra Steig
15073 LAUREL LN
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.30

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 303 **Nonpriority creditor's name and mailing address**

Lacy Klein
PO BOX 411
Harrison, NE 69346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 304 **Nonpriority creditor's name and mailing address**

Landmark Global
27 W Anapamu St 357
Santa Barbara, CA 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 36,268.29

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 305 **Nonpriority creditor's name and mailing address**

Laura Briggs
15944 LIMESTONE SCHOOL RD
Leesburg, VA 20176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.19

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 306 **Nonpriority creditor's name and mailing address**

Laura Dunphy
1004 Franklin Grove Road
Dixon, IL 61021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
| | Name | | |

---

### Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.307** **Nonpriority creditor's name and mailing address**

Laura Laramore
5948 COUNTY ROAD 76
Mount Gilead, OH 43338

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 15.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**

Laura Meeks
2864 TIME ROCK PL
El Paso, TX 79938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 10.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**

Laura Rowland
120 Harmon Dr
Pulaski, TN 38478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 22.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**

Laura Tena
13008 Runway Avenue
El Paso, TX 79928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 23.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**

Lauren Belko
4950 202nd St N
Forest Lake, MN 55025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 27.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 312 **Nonpriority creditor's name and mailing address**

$ 8.40

Lauren Piscitelle

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 313 **Nonpriority creditor's name and mailing address**

$ 8.40

Lauren Puckett
12668 STILL POND LN
Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 314 **Nonpriority creditor's name and mailing address**

$ 8.40

Lauren Schwoebel
9451 NUGGET HILL RD
Mint Hill, NC 28227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 315 **Nonpriority creditor's name and mailing address**

$ 8.40

Lauren Tripp
5636 BALSAM ST
LAS VEGAS, NV 89130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 316 **Nonpriority creditor's name and mailing address**

$ 25.00

Laurie Moeckly
1801 W. Havasu Way
Chandler, AZ 85248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317** Nonpriority creditor's name and mailing address

Lawanda Embry
PO Box 6226
Talladega, AL 35161

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.318** Nonpriority creditor's name and mailing address

Leeandra Jarmon
5130 Howard Court
Tarawa Terrace, NC 28543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.25

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.319** Nonpriority creditor's name and mailing address

Legem Attorneys At Law SC
Av Roble No 300 Suite 1201 Valle del Campestre
San Pedro Garza Garcia, NM 66265

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

$ 1,500.00

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.320** Nonpriority creditor's name and mailing address

LeLani Wilson
22511 36th St East
Buckley, WA 98321

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.25

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.321** Nonpriority creditor's name and mailing address

Ieona Moore
1003 N WALNUT ST
Eureka, KS 67045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.00

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 322  **Nonpriority creditor's name and mailing address**

LeQuita Hodge
14403 LEIBACHER AVE
Norwalk, CA 90650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 27.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 323  **Nonpriority creditor's name and mailing address**

Liana Stinson
6222 Bennington St
Englewood, FL 34224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 324  **Nonpriority creditor's name and mailing address**

Linda Harrell
4015 Swindell Road
Plant City, FL 33565

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 325  **Nonpriority creditor's name and mailing address**

Linda Miller
45465 25th St E Spc 90
Lancaster, CA 93535-2387

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 97.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 326  **Nonpriority creditor's name and mailing address**

Linda Peterson
15217 SE Pebble Beach Dr
Happy Valley, OR 97086-7332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 52.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.327** **Nonpriority creditor's name and mailing address**

Linda Rude
1551 Belsly Blvd Apt 301
Moorhead, MN 56560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 12.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.328** **Nonpriority creditor's name and mailing address**

Lindsay Thayer
238 BLUE JACKET CIR
Pickerington, OH 43147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.329** **Nonpriority creditor's name and mailing address**

Lisa Bishop
6302 Madras Cir
Boynton Beach, FL 33437

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 25.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.330** **Nonpriority creditor's name and mailing address**

Lisa Blotsky
5010 Luke Drive
Cumming, GA 30040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.331** **Nonpriority creditor's name and mailing address**

Lisa Costanzo
2042 Sunflower Dr
Spring Hill, TN 37174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 8.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b>    <b>Additional Page</b></td></tr>
</table>

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.332** **Nonpriority creditor's name and mailing address**

Lisa Kimsey
3409 DEMOREST MOUNT AIRY HWY
Demorest, GA 30535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.333** **Nonpriority creditor's name and mailing address**

Lisa Litchfield
4711 Ashton Road
Fayetteville, NC 28304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**

Lisa Marines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 13.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** **Nonpriority creditor's name and mailing address**

Lisa Orr-Taylor
402 COUNTRY CLUB ROAD
Jacksonville, IL 62650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 182.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** **Nonpriority creditor's name and mailing address**

Lisa Stahlecker
766 Foxtrotter Way
Galt, CA 95632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 337 **Nonpriority creditor's name and mailing address**

LOIS TRENHOLM
P.O. BOX 646
La Jara, CO 81140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.40

---

**3.** 338 **Nonpriority creditor's name and mailing address**

Lori Sargent
2426 Ramshorn drive
Manasquan, NJ 08736-1535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.59

---

**3.** 339 **Nonpriority creditor's name and mailing address**

LORI WOLFF
5061 Lincrest Place
Huber Heights, OH 45424-2738

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.00

---

**3.** 340 **Nonpriority creditor's name and mailing address**

Lorie Ball
9307 Sober Road
Fowlerville, MI 48836

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.00

---

**3.** 341 **Nonpriority creditor's name and mailing address**

Lorie Ball
9307 Sober Road
Fowlerville, MI 48836

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.60

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** Nonpriority creditor's name and mailing address

Lorita Moruzzi
PO Box 577
Calimesa, CA 92320

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.15

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.343** Nonpriority creditor's name and mailing address

LuAnne Fowler
136 N PENNSYLVANIA ST
Ridgeley, WV 26753

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.344** Nonpriority creditor's name and mailing address

Lucretia Wolverton
209 Nocona Dr
Waxahachie, TX 75165

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.345** Nonpriority creditor's name and mailing address

Lulu Neimeyer
3126 Silbury Court
San Jose, CA 95148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.346** Nonpriority creditor's name and mailing address

Luz Torres
14221 DESERT FIRE CT
Horizon City, TX 79928

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.00

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 347    **Nonpriority creditor's name and mailing address**

Lydia Greear
10 London Dr
Palm Coast, FL 32137

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 14.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 348    **Nonpriority creditor's name and mailing address**

Lydia Hardin
106 Suzanne Ave unit A
Attica, IN 47918

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 349    **Nonpriority creditor's name and mailing address**

Lynn James
311 MARIE AVE
Elk Run Heights, IA 50707-1335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 72.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 350    **Nonpriority creditor's name and mailing address**

Lynne Kelly
144 Ridgefield Court
Orange Park, FL 32065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 12.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 351    **Nonpriority creditor's name and mailing address**

Lynsey McCurdy
102 SEITER HILL RD
Wallingford, CT 6492

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 6.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.352 Nonpriority creditor's name and mailing address

Maira Vidauri
675 South Larch Avenue
Rialto, CA 92376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

### 3.353 Nonpriority creditor's name and mailing address

Mandy Marks
591 Oakwood Lane
South Elgin, IL 60177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

### 3.354 Nonpriority creditor's name and mailing address

Mandy Yu
Flat 3 Gladstone Court 4 Wood Lane
Ruislip, UK HA4 6EX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,750.00

### 3.355 Nonpriority creditor's name and mailing address

Margaret Dane
6356 Colonial Village Loop
Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

### 3.356 Nonpriority creditor's name and mailing address

Margaret McCarson
316 Lyonia Ln
Panama City, FL 32408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8.40

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.357** Nonpriority creditor's name and mailing address

Mari Patterson
248 GEORGE WASHINGTON HWY
Grafton , WV 26354

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4.40

---

**3.358** Nonpriority creditor's name and mailing address

Maria Arredondo
34212 Old Alice Road
Los Fresnos, TX 78566

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8.40

---

**3.359** Nonpriority creditor's name and mailing address

Maria G Placencia
7613 PLAZA TAURINA DR
El Paso, TX 79912

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 45.94

---

**3.360** Nonpriority creditor's name and mailing address

Marjorie Waddell
804 Harris Rd
Winfield, KS 67156-4178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 127.40

---

**3.361** Nonpriority creditor's name and mailing address

Marla Warnke
10672 Willow Rd
Westgate, IA 50681

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12.00

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** Nonpriority creditor's name and mailing address

Marsha Servas Burr
104 Everittsville Road
Dudley, NC 28333

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.40

Basis for the claim: Commission Based Resellers

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.363** Nonpriority creditor's name and mailing address

Mary Grant
17528 GLADESWORTH LN
Canyon Country, CA 91387-3807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.72

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.364** Nonpriority creditor's name and mailing address

Mary Green

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.20

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.365** Nonpriority creditor's name and mailing address

Mary K Ulmer
2245 CAMPANILE CT EAST
Stroudsburg, PA 18301-7718

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.80

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address

Mary Tate
549 Vista Trail Ct
Palm Harbor, FL 34683

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.25

Basis for the claim: Commission Based Resellers

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|--------------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** Nonpriority creditor's name and mailing address

Mary Wassell

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.368** Nonpriority creditor's name and mailing address

MaryBeth and Gabriella Denney
2248 W Sunny Slope Drive
Meridian, ID 83642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.369** Nonpriority creditor's name and mailing address

Megan McKee
1571 Brookdale Way
Manteca, CA 95336-9117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17.60

---

**3.370** Nonpriority creditor's name and mailing address

Megan Sunday
1228 BENTLEY RIDGE BLVD
Lancaster, PA 17602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.25

---

**3.371** Nonpriority creditor's name and mailing address

Meganne Damon
1819 Center St
Cortez, CO 81321

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** Nonpriority creditor's name and mailing address

Meggan Schoenberg
11231 Holly Ridge
Smithfield, VA 23430

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

$ 5.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.373** Nonpriority creditor's name and mailing address

Melanie Delaney
15225 CAULFIELD AVE
Norwalk, CA 90650

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

$ 8.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.374** Nonpriority creditor's name and mailing address

Melanie Garland
6145 N Placita San Agustin
Tucson, AZ 85741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

$ 8.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.375** Nonpriority creditor's name and mailing address

Melanie Sawyer
944 STARFLOWER AVE
Sebastian, FL 32958

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

$ 8.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.376** Nonpriority creditor's name and mailing address

Melanie Wood
8237 RACE CIR
Anchorage, AK 99504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

$ 17.25

Date or dates debt was incurred _____
Last 4 digits of account number _____

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 156 of 197

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 155 of 196

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377 Nonpriority creditor's name and mailing address**

Melissa Caven
307 N LIMA ST
Burbank, CA 91505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.378 Nonpriority creditor's name and mailing address**

Melissa F Mcgivern
71915 JOSHUA DR
Twentynine Palms, CA 92277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 27.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.379 Nonpriority creditor's name and mailing address**

Melissa Felder
2902 W Amberwood Dr
Phoenix, AZ 85045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 20.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.380 Nonpriority creditor's name and mailing address**

Melissa Mackaravitz
719 Fernwood Street
Emmaus, PA 18049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.381 Nonpriority creditor's name and mailing address**

Melissa McCrann-Deszcz
4 Milbark Ct
Homosassa, FL 34446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 14.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.382** Nonpriority creditor's name and mailing address

MELISSA TAYLOR
5145 Dumont Place
Woodland Hills, CA 91364

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 214.21

---

**3.383** Nonpriority creditor's name and mailing address

Melissa Teeter
12830 W CAMPBELL AVE
Litchfield Park, AZ 85340

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.384** Nonpriority creditor's name and mailing address

Meredith Schorr
52 HIAWATHA DR
Guilderland, NY 12084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.385** Nonpriority creditor's name and mailing address

MIA Jewelry - ESDC Group LLC
1866 NW 20th Street
Miami, FL 33142

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Inventory Products

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 997.50

---

**3.386** Nonpriority creditor's name and mailing address

Michele Azrikan
399 New York Ave
Lindenhurst, NY 11757

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.387 Nonpriority creditor's name and mailing address**

Michele Kehnert
9826 SCOTT MILL RD
Jacksonville, FL 32257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.80

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.388 Nonpriority creditor's name and mailing address**

Michelle Freatman

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.389 Nonpriority creditor's name and mailing address**

Mickie Simpson
8820 W ALICE AVE
Peoria, AZ 85345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.390 Nonpriority creditor's name and mailing address**

Microsoft
One Microsoft Way
Redmond, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,600.46

**Basis for the claim:** Software

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.391 Nonpriority creditor's name and mailing address**

Milbar Laboratories
20 Commerce Street
East Haven, CT 6512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,129.84

**Basis for the claim:** Inventory Products

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392 Nonpriority creditor's name and mailing address**

Miller Thomson LLP
40 King Street West Suite 5800
PO Box 1011
Toronto, ON MSH 351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,788.80

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.393 Nonpriority creditor's name and mailing address**

Mimi Castillo
21 NORTHWOOD DR
Lutherville Timonium, MD 21093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.09

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.394 Nonpriority creditor's name and mailing address**

Mindy Steele-Bailey
191 CHERRY GROVE RD
Earleville, MD 21919

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.25

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.395 Nonpriority creditor's name and mailing address**

Misty Beck
853 3RD AVE N
Kent, WA 98032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.396 Nonpriority creditor's name and mailing address**

Misty Silman
8134 W ROSAMOND BLVD
Rosamond, CA 93560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.94

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|-------------------------|---------------------|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 397 **Nonpriority creditor's name and mailing address**

Monica Gastelum
1552 Apache Drive
Chula Vista, CA 91910-8644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.31

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 398 **Nonpriority creditor's name and mailing address**

Monica Mayberry
57878 INGLEWOOD LN
Glenwood, IA 51534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.20

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 399 **Nonpriority creditor's name and mailing address**

Monica Miramontez
170 Evergreen Place A
Perris, CA 92571-2676

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.75

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 400 **Nonpriority creditor's name and mailing address**

Monique Gonzales
3100 Greenlawn Street
Taylor, TX 76574-5057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.80

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 401 **Nonpriority creditor's name and mailing address**

Morgan Bracy
1515 E MAHONEY AVE
Mesa, AZ 85204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.00

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 402    **Nonpriority creditor's name and mailing address**

Nancy Dobbins
9279 Medallion Wy
Sacramento, CA 95826

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 403    **Nonpriority creditor's name and mailing address**

Nancy Jones
113 CRESTWOOD DR
Longview, TX 75601

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 404    **Nonpriority creditor's name and mailing address**

Nancy Katen
5745 SW 75TH Street #358
Gainesville, FL 32608

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 405    **Nonpriority creditor's name and mailing address**

Nancy Martin
4825 HARMONY GROVE RD
Hopkinsville, KY 42240

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 406    **Nonpriority creditor's name and mailing address**

Nancy Pye
2653 Alexis Way
Monroe, GA 30656-8664

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

$ 108.30

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** __407__  **Nonpriority creditor's name and mailing address**

Naomi Trenholm
PO Box 646
La Jara, CO 81140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.20

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** __408__  **Nonpriority creditor's name and mailing address**

Natalie Valenzuela
640 Aileron Ave
La Puente, CA 91744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.90

**Basis for the claim:**  Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** __409__  **Nonpriority creditor's name and mailing address**

Nicole Dallas
10130 STATION RD
North East, PA 16428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:**  Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** __410__  **Nonpriority creditor's name and mailing address**

Nicole Landaker
15432 PETRUS LN
CLERMONT, FL 34714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:**  Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

**3.** __411__  **Nonpriority creditor's name and mailing address**

Nicole Niebuhr
34 Lonaconing Road
Highland Lakes, NJ 07422-1400

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.00

**Basis for the claim:**  Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **412** **Nonpriority creditor's name and mailing address**

Nicole Suhr
44483 SD HIGHWAY 50
Yankton, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** **413** **Nonpriority creditor's name and mailing address**

Nicole Wanvig

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** **414** **Nonpriority creditor's name and mailing address**

Nigel York
968 MOONLIGHT DR
Canyon Lake, TX 78133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 27.20

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** **415** **Nonpriority creditor's name and mailing address**

Nola Childs
17111 112th St Ct E
Bonney Lake
WA 98391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** **416** **Nonpriority creditor's name and mailing address**

Norma A Amador
P.O. Box 1638
Mesilla Park, NM 88047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 417** Nonpriority creditor's name and mailing address

Norma Campos
PO Box 532732
San Diego, CA 92153

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 418** Nonpriority creditor's name and mailing address

Nova Goforth
916 20th Street
Logansport, IN 46947

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.80

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 419** Nonpriority creditor's name and mailing address

Olga Kipp
14691 TOWNSHIP ROAD 1003
Defiance, OH 43512

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 420** Nonpriority creditor's name and mailing address

Olivia Morgado
3020 Whitehall Road
Norristown, PA 19403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 421** Nonpriority creditor's name and mailing address

Optima

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29,177.98

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 422 Nonpriority creditor's name and mailing address**

Oracle Profitability Consultants, LLC - Cindy
Ruelas
24243 N 103rd Avenue
Peoria, AZ 85382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Labor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,445.00

---

**3. 423 Nonpriority creditor's name and mailing address**

Origami Owl ULC
450 N. 54th Street
Chandler, AZ 85226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 424 Nonpriority creditor's name and mailing address**

Overnight Labels Inc
151-15 West Industry Court
Deer Park, NY 11729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,850.79

---

**3. 425 Nonpriority creditor's name and mailing address**

Packform USA LLC
28338 Constellation Road Unit 900
Valencia, CA 91355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,243.29

---

**3. 426 Nonpriority creditor's name and mailing address**

PAJ Macao
D' Assumpcao NO. 180, V10 Edif. Tong Nam Ah
C Commercial, Macao.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,103.42

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427** Nonpriority creditor's name and mailing address

pam mayo-yacko
50 Albion Ave
West Haven, CT 06516-6429

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.00

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.428** Nonpriority creditor's name and mailing address

Pamela Collins
8117 Clover Lane
Garrettsville, OH 44231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.429** Nonpriority creditor's name and mailing address

Pamela Richter
1004 SOUTH RD
Fox River Grove, IL 60021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.430** Nonpriority creditor's name and mailing address

Pamela Schiemann
4518 SE OAKHURST ST
Hillsboro, OR 97123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.75

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.431** Nonpriority creditor's name and mailing address

Pamela West
7839 Rockbourne Rd
Baltimore, MD 21222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.432** Nonpriority creditor's name and mailing address

Patience Hall
8044 Northwood Dr
Donalsonville, GA 39845

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 67.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.433** Nonpriority creditor's name and mailing address

Patricia Bullock

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address

Patricia Mayekawa
3032 Mauna Loa Court
San Jose, CA 95132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address

Patricia Mortensen
2315 N Rose
Mesa, AZ 85213

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address

Patti Creel
11405 Central Avenue
Chino, CA 91710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b>   <b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.437** Nonpriority creditor's name and mailing address

Patti Fedewa
701 W 1st Str
Sumner, IA 50674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 45.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.438** Nonpriority creditor's name and mailing address

Paula Huffer
120 PARK ST
Circleville, OH 43113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.439** Nonpriority creditor's name and mailing address

Paylocity

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 49,660.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.440** Nonpriority creditor's name and mailing address

Peggy Mitrano
784 W 1st St
San Pedro, CA 90731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.441** Nonpriority creditor's name and mailing address

Penny Hipkins

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 35.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 168 of 196

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 442 **Nonpriority creditor's name and mailing address**

PENNY TRAVAILLE
PO BOX 948
French Camp, CA 95231-0948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.24

**3.** 443 **Nonpriority creditor's name and mailing address**

Polar Analytics
15 Rue Raynouard
Paris, CA 75016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,150.00

**3.** 444 **Nonpriority creditor's name and mailing address**

QSSI LLC
PO Box 229
Wrightstown, NJ 08562-0229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,112.28

**3.** 445 **Nonpriority creditor's name and mailing address**

Rae Anne Clemmer
1670 SE 8th Ave
Oak Harbor, WA 98277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 69.77

**3.** 446 **Nonpriority creditor's name and mailing address**

RateLinx
16220 N. Scottsdale Road Suite 435
Scottsdale, AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,312.30

**Part 2:** Additional Page

| | Amount of claim |
| --- | --- |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.447 **Nonpriority creditor's name and mailing address**

Rebecca Holladay
206 Pony Ln
Schwenksville, PA 19473

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.448 **Nonpriority creditor's name and mailing address**

Rebecca Lindemann
537 Perry Highway
Pittsburgh, PA 15229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 8.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.449 **Nonpriority creditor's name and mailing address**

Rebecca Platt

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 20.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.450 **Nonpriority creditor's name and mailing address**

Renee Hall
8818 N 17th Lane
Phoenix, AZ 85021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 70.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.451 **Nonpriority creditor's name and mailing address**

Renee Lensky
PO BOX 731
Sundance, WY 82729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 28.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 452 **Nonpriority creditor's name and mailing address**

Rhonda Stapleton
1237 FM 814
Trenton, TX 75490

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 453 **Nonpriority creditor's name and mailing address**

Richard Oconnor
3452 Hemmingway
Lambertville, MI 48144-9655

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commission Based Reseller

$ 68.00

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 454 **Nonpriority creditor's name and mailing address**

Robin Swift
924 W Beechnut Drive
Chandler, AZ 85248

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Contract Labor

$ 420.00

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 455 **Nonpriority creditor's name and mailing address**

Rosalba Dominguez
10260 Valle Suave Dr
Socorro, TX 79927

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commission Based Reseller

$ 20.80

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 456 **Nonpriority creditor's name and mailing address**

Rosalinda Huey
11335 E Calle Aurora
Tucson, AZ 85748

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commission Based Resellers

$ 17.00

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.457** Nonpriority creditor's name and mailing address

Rosanna Carpita Elmer
5720 Eagle Point Dr
Caledonia, WI 53406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 313.79

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.458** Nonpriority creditor's name and mailing address

Rosemary Bertin
2040 San Juan Ave
Monte Vista, CO 81144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 123.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.459** Nonpriority creditor's name and mailing address

Roya Atari
341 W GRAVES AVE
Orange City, FL 32763-5165

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 132.55

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.460** Nonpriority creditor's name and mailing address

Ruth Reeves
305 LA PALOMA ST
Redlands , CA 92373-6013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 142.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.461** Nonpriority creditor's name and mailing address

Safari Micro
PO Box 29858
Phoenix, AZ 85038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software

$ 13,028.20

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462** Nonpriority creditor's name and mailing address

Salsify Inc
Dept 0610 PO Box 120610
Dallas, TX 75312-0610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,500.00

Basis for the claim: Software

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.463** Nonpriority creditor's name and mailing address

Samantha Messerli
58628 350TH ST
Lafayette, MN 56054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.464** Nonpriority creditor's name and mailing address

Sandee Thompson
14589 NORFLEET DR
Athens, AL 35613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.14

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.465** Nonpriority creditor's name and mailing address

Sandi-Rose Smith
510 S Rolla St
Rolla, MO 65401-4051

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.01

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.466** Nonpriority creditor's name and mailing address

Sandra DAuria
5 Salkin Way
Freehold, NJ 07728-5805

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.00

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 467 **Nonpriority creditor's name and mailing address**

SARA DEINES
1822 NEVADA ST
Denton, TX 76209-3414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.97

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 468 **Nonpriority creditor's name and mailing address**

Sarah Abel
108 S GEORGIA AVE
Martinsburg, WV 25401-1958

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.00

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 469 **Nonpriority creditor's name and mailing address**

Sarah Girardi
105 Petite Terre Ct
Du Bois, PA 15801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 470 **Nonpriority creditor's name and mailing address**

Sarah Ponziano
215 East street
Lowell, IN 46356

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 471 **Nonpriority creditor's name and mailing address**

Sentinel Technologies Inc
2550 Warrenville Road
Downers Grove, IL 60515

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35,420.80

**Basis for the claim:** Software

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 472 **Nonpriority creditor's name and mailing address**

Shannon Morris
1517 Bunner Ridge Road
Fairmont, WV 26554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.85

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 473 **Nonpriority creditor's name and mailing address**

Shari Sato-Iwasaki
15374 Calle Despensero
Hacienda Heights, CA 91745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 474 **Nonpriority creditor's name and mailing address**

Sharnalin White
5327 W 132ND ST
Hawthorne, CA 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.00

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 475 **Nonpriority creditor's name and mailing address**

Sharon Long
12100 WILSON RD
Blackstone, VA 12100

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.75

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 476 **Nonpriority creditor's name and mailing address**

Sharon Painter
5805 Charlotte Pkwy
Colorado Springs, CO 80923

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** ⁴⁷⁷ **Nonpriority creditor's name and mailing address**

Sharon Troster
1205 Cardigan Street
Garland, TX 75040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 119.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁴⁷⁸ **Nonpriority creditor's name and mailing address**

Shawna Allison
303 N 4TH ST
Arkansas City, KS 67005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁴⁷⁹ **Nonpriority creditor's name and mailing address**

Shawna and Nathaniel Gilbert
2029 Heys Ln
Vinton, VA 24179-1170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 116.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁴⁸⁰ **Nonpriority creditor's name and mailing address**

Shawna Woody
18201 North 34th Lane
Phoenix, AZ 85053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁴⁸¹ **Nonpriority creditor's name and mailing address**

Sheetal Solai
2400 SPRING RAIN DR APT 136
Spring , TX 77379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 3.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 482 **Nonpriority creditor's name and mailing address**

Shelley Hornak
10351 COTTON BLOSSOM DR
Fishers, IN 46038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 7.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 483 **Nonpriority creditor's name and mailing address**

Shelley Licknack
7135 Foxhollow Lane
Leland, NC 28451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 28.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 484 **Nonpriority creditor's name and mailing address**

Shelley Standen
1118 Des Pommiers Street RR3
Rockland, NC K4K 1K9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 24.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 485 **Nonpriority creditor's name and mailing address**

Sheri Queen
733 JOHN LINER RD
Sedro Woolley, WA 98284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 486 **Nonpriority creditor's name and mailing address**

Shila Willson
1695 Fundy Way
Aurora, CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** __487__  **Nonpriority creditor's name and mailing address**

Sonia Briseno
14625 AMOROSE ST
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** __488__  **Nonpriority creditor's name and mailing address**

SRP
PO Box 80062
Prescott, AZ 86304-8062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 2,868.52

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** __489__  **Nonpriority creditor's name and mailing address**

Stacey Catlin
14809 Glover Ct
Bakersfield, CA 93314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 15.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** __490__  **Nonpriority creditor's name and mailing address**

Stacey Damiano
214 ROCKLAND AVE
Maple Shade, NJ 08052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** __491__  **Nonpriority creditor's name and mailing address**

Stacey Soares
868 Lindamere Ct
Simi Valley, CA 93065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 179 of 197

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 178 of ___

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 492** Nonpriority creditor's name and mailing address

Stacie Frescas
12015 ASHWOOD DR
Bennington, NE 68007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 18.75

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 493** Nonpriority creditor's name and mailing address

Stacy Schneider
3677 W PAGE ST
Springfield, MO 65802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 494** Nonpriority creditor's name and mailing address

Star Harvest Jewelry Co Ltd
5 Jin Gong 2nd Road Jin Tou Industrial Area
Donuggan City, MI 523848

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 34,989.86

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 495** Nonpriority creditor's name and mailing address

Starla De Leon

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 496** Nonpriority creditor's name and mailing address

Stefanie Doud
249 DOUD RD
Lawrenceville, PA 16929

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 497  **Nonpriority creditor's name and mailing address**

Stephanie DellaBona
3124 ALAMEDA ST
Medford, OR 97504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.75

**Basis for the claim:** Commission Based Resellers

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 498  **Nonpriority creditor's name and mailing address**

Stephanie Carter
15240 Washington Ave
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 499  **Nonpriority creditor's name and mailing address**

Stephanie Heath
1706 NAPLES LN
Longmont, CO 80503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 500  **Nonpriority creditor's name and mailing address**

Stephanie Rogers
2509 SE 48TH AVE
Portland, OR 97206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.17

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 501  **Nonpriority creditor's name and mailing address**

Steven Jones
30737 Hidden Valley Place
Kiowa, CO 80117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** Nonpriority creditor's name and mailing address

Susan Oberbroeckling
30778 Golf Course Road
Dyersville, IA 52040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.90

Basis for the claim: Commission Based Resellers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.503** Nonpriority creditor's name and mailing address

Susan Watson
2406 Calf Run Drive
Wilmington, DE 19808

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.54

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.504** Nonpriority creditor's name and mailing address

Suzy Emre
8211 ELKRIDGE AVE
Lubbock, TX 79423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.505** Nonpriority creditor's name and mailing address

SW Direct Sales LLC - Verb
3401 N Thansgiving Way Suite 240
Lehi, UT 84043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,329.00

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.506** Nonpriority creditor's name and mailing address

Sylvia Meredith
17 WEBBER AVE
Oakfield, NY 14125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|--------|---------------------|------------------------|-------------------|
|        | Name                |                        |                   |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 507  **Nonpriority creditor's name and mailing address**

Tamara Travers
13690 MESA VERDE DR
YUCAIPA, CA 92399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 508  **Nonpriority creditor's name and mailing address**

Tara McGee
11355 12th Road
Plymouth, IN 46563

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.75

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 509  **Nonpriority creditor's name and mailing address**

Tatiana Lessa
7850 KENWAY PL W
Boca Raton, FL 33433-3324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.80

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 510  **Nonpriority creditor's name and mailing address**

Teresa Falls
10967 HUNTING HAWK RD
Las Vegas, NV 89179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 511  **Nonpriority creditor's name and mailing address**

Teresa Nieradka
9181 Patio Court
Spring Hill, FL 34608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.92

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b> Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 512 **Nonpriority creditor's name and mailing address**

Terra Garner
403 4TH ST
Clarksville, VA 23927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 513 **Nonpriority creditor's name and mailing address**

Terry Yee
9644 N 58TH LN
Glendale, AZ 85302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.80

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 514 **Nonpriority creditor's name and mailing address**

The Row Agency
1791 Saint Helena Street
Seaside, SC 93955

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,623.80

**Basis for the claim:** Advising Agency

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 515 **Nonpriority creditor's name and mailing address**

Theresa Heidt-Vanderschoot
652 SW Ford Lane
Culver, OR 97734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 516 **Nonpriority creditor's name and mailing address**

Theresa Theisen
7213 381st Circle
Sartell, MN 56377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 517 **Nonpriority creditor's name and mailing address**

Thompson Dorfman Sweatman LLP
700 West Georgia Street Suite 2200
Vancouver, BC V7Y 1K8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 364.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 518 **Nonpriority creditor's name and mailing address**

Tiffany Gin
13139 Anola St
Whittier, CA 90605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 121.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 519 **Nonpriority creditor's name and mailing address**

Tiffany Talbot
1364 SAN SIMEON CT UNIT 2
Ventura, CA 93003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 520 **Nonpriority creditor's name and mailing address**

Tiffany Yarbrough
5 RIDGEWAY DR
Vilonia, AR 72173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

$ 8.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 521 **Nonpriority creditor's name and mailing address**

Timothy Stadel
8015 TWIN FORKS RD
Westmoreland, KS 66549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Seller

$ 45.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** Nonpriority creditor's name and mailing address

Tina Archuleta
1936 Ursini lane
Modesto, CA 95355

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.523** Nonpriority creditor's name and mailing address

Tina Frey
2013 Whitehall Ave
Allentown, PA 18104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.524** Nonpriority creditor's name and mailing address

Tina Hendrickson

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.525** Nonpriority creditor's name and mailing address

Tod Queen
733 JOHN LINER RD
Sedro Woolley, WA 98284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.526** Nonpriority creditor's name and mailing address

Tonancy Flores
1313 Christine Drive
Lebanon, TN 37087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.94

Basis for the claim: Commission Based Reseller

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527** Nonpriority creditor's name and mailing address

Tonja Richards
147 County Road 4626 B2296
Grand Lake, CO 80447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7.41

---

**3.528** Nonpriority creditor's name and mailing address

Tracie Quiroz
43043 BEAMER CT
Temecula, CA 92592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8.40

---

**3.529** Nonpriority creditor's name and mailing address

Tracy Mize
10787 RANCHO DESTINO RD
LAS VEGAS, NV 89183

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8.40

---

**3.530** Nonpriority creditor's name and mailing address

Tracy Pullen
9226 FM 1488 RD
Magnolia, TX 77354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8.19

---

**3.531** Nonpriority creditor's name and mailing address

Tracy Turner
9 Forest Lane
Ware Shoals, SC 29692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 45.94

---

| Debtor | Think Goodness, LLC | Case number *(if known)* | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532** Nonpriority creditor's name and mailing address

Tricia Stahl
604 EVERGLADE DR
Mansfield, TX 76063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 18.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.533** Nonpriority creditor's name and mailing address

Trina Huntington
4310 N CENTENNIAL LN
Spokane, WA 99212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.534** Nonpriority creditor's name and mailing address

Trina Jackson
137 SUGARBERRY DR
New Castle, DE 17920-7628

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 26.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.535** Nonpriority creditor's name and mailing address

Trinity Hillard
4 STRATFORD WAY
Chico, CA 95973-8111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Reseller

$ 48.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.536** Nonpriority creditor's name and mailing address

Trisha Overman
4690 Sherrills Ford Road
Salisbury, NC 28147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commission Based Resellers

$ 11.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **537** **Nonpriority creditor's name and mailing address**

Tritia Rodriguez
23301 RIDGE ROUTE DR SPC 17
Laguna Hills, CA 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **538** **Nonpriority creditor's name and mailing address**

Trusted Tech Team
5171 California Avenue Suite 250
Irvine, CA 92617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

$ 2,853.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **539** **Nonpriority creditor's name and mailing address**

Uline
PO Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,967.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **540** **Nonpriority creditor's name and mailing address**

UPS 3041F8
PO BOX 894820
Los Angeles, CA 90189-4820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 161.36

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **541** **Nonpriority creditor's name and mailing address**

UPS E3F095
UPS E3F095
Chicago, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 294,671.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 542 **Nonpriority creditor's name and mailing address**

UPS Supply Chain Solutions
PO Box 730900
Dallas, TX 75373-0900

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53,284.66

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

**3.** 543 **Nonpriority creditor's name and mailing address**

Valerie Kimble
12560 GLENWOOD TRL
Forney, TX 75126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.00

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

**3.** 544 **Nonpriority creditor's name and mailing address**

Vanessa M Schultz
2949 28th St SE
Steele, ND 58482

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

**3.** 545 **Nonpriority creditor's name and mailing address**

Vanessa Nalley
1450 Plaza Roja Ct
El Paso, TX 79912

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.60

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

**3.** 546 **Nonpriority creditor's name and mailing address**

Vanessa Shapiro
131 Crystal Terrace
Mount Bethel, PA 18343-5777

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.15

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 547**   Nonpriority creditor's name and mailing address

Veritiv Corporation
6600 Governors Lake Pkwy
Norcross, GA 30071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,942.60

**Basis for the claim:** Inventory Products

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 548**   Nonpriority creditor's name and mailing address

Veronica Rocha
17715 JUNIPER ST
Hesperia, CA 92345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 549**   Nonpriority creditor's name and mailing address

Vertex Inc
25528 Network Place
Chicago, IL 60673-1255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,680.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 550**   Nonpriority creditor's name and mailing address

Vicki Peaster

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.40

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 551**   Nonpriority creditor's name and mailing address

Vicky Rowe
203 Marietta Drive
Hopkinsville, KY 42240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.00

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 552 **Nonpriority creditor's name and mailing address**

Victoria Berry
930 E Benjamin Ave
Cottage Grove, OR 97424-9515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 63.94

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 553 **Nonpriority creditor's name and mailing address**

Victoria Foody
45 Creekwood Dr
Bordentown, NJ 08505-4802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 60.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 554 **Nonpriority creditor's name and mailing address**

Vikki Dugger
17403 South Universal Ave
Clinton, IN 47842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 27.80

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 555 **Nonpriority creditor's name and mailing address**

Virginia Meadows

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 556 **Nonpriority creditor's name and mailing address**

Virginia Merlos
7606 W Peoria Ave.
Peoria, AZ 85345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 8.40

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 557 **Nonpriority creditor's name and mailing address**

Vital Records Control
Dept 5874 PO Box 11407
Birmingham, AL 35246-5874

**As of the petition filing date, the claim is:** $ 11,444.40
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 558 **Nonpriority creditor's name and mailing address**

Vivian Freeman
126 South Ritters Lane
Owings Mills, MD 21117

**As of the petition filing date, the claim is:** $ 51.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 559 **Nonpriority creditor's name and mailing address**

Wanda Weigum
12040 34th Street Southwest
Dickinson, ND 58601

**As of the petition filing date, the claim is:** $ 29.85
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 560 **Nonpriority creditor's name and mailing address**

Warner Bros Consumer Products Inc
4000 Warner Blvd
Burbank, CA 91522

**As of the petition filing date, the claim is:** $ 34,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** License Fee

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 561 **Nonpriority creditor's name and mailing address**

Wendi Matthews-Ortiz
4025 Quail Lane
Caddo Mills, TX 75135

**As of the petition filing date, the claim is:** $ 5.88
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Commission Based Resellers

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562** Nonpriority creditor's name and mailing address

Wendy Edwards
335 Pine Crest Dr
Robins, IA 52328-9501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.20

---

**3.563** Nonpriority creditor's name and mailing address

Wendy Korfel
12610 SE Crest Dr
Happy Valley, OR 97086-6113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 72.20

---

**3.564** Nonpriority creditor's name and mailing address

Wendy Zavala
773 Croxdale Street
El Paso, TX 79928

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.40

---

**3.565** Nonpriority creditor's name and mailing address

WestRock Hong Kong Ltd
9F Tung Ning Building 249-253 Des Veoux Road
Cental Honk Kong

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Inventory Products

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,067.80

---

**3.566** Nonpriority creditor's name and mailing address

WEX Health Inc
PO Box 9528
Fargo, ND 58106-9528

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Benefits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 85.00

---

| Debtor | Think Goodness, LLC | Case number (if known) | 2:25-bk-01160-BMW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 567**    **Nonpriority creditor's name and mailing address**

Wolters Kluwer CCH Incorporated
PO Box 4307
Carol Stream, IL 60197-4307

**As of the petition filing date, the claim is:**    $ 7,692.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No   ☐ Yes |

**3. 568**    **Nonpriority creditor's name and mailing address**

Yareth Oaxaca
353 lafayette
El Paso, TX 79915

**As of the petition filing date, the claim is:**    $ 13.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No   ☐ Yes |

**3. 569**    **Nonpriority creditor's name and mailing address**

Yolanda Jenkins
3710 Williams Landing Circle
Tampa, FL 33610-9134

**As of the petition filing date, the claim is:**    $ 11.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Resellers

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No   ☐ Yes |

**3. 570**    **Nonpriority creditor's name and mailing address**

Yotpo Inc
400 Lafayette Street 4th Floor
New York, NY 10003

**As of the petition filing date, the claim is:**    $ 9,695.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No   ☐ Yes |

**3. 571**    **Nonpriority creditor's name and mailing address**

Yvette Carreon
3640 Breean Isabell Pl
El Paso, TX 79938

**As of the petition filing date, the claim is:**    $ 8.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No   ☐ Yes |

Case 2:25-bk-01160-BMW    Doc 95    Filed 04/23/25    Entered 04/23/25 17:58:38    Desc
Main Document    Page 195 of 197

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 194 of 196

| Debtor | Think Goodness, LLC | Case number (if known) 2:25-bk-01160-BMW |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.<sup>572</sup> **Nonpriority creditor's name and mailing address**

Yvette Wohlford
806 S DANBROOK DR
Anaheim, CA 92804-3011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 81.76

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>573</sup> **Nonpriority creditor's name and mailing address**

Yvonne Moses
3622 Boulder Ridge Court
Ellenwood, GA 30294-1053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission Based Reseller

$ 67.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>574</sup> **Nonpriority creditor's name and mailing address**

Zhejiang Huak Testing Technology Co Ltd
3 F Building 6 Block B No E22 Xinke Road
Choujiang Street Jinhua

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,055.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 172,302.07 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 5,029,090.38 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,201,392.45 |